# EXHIBIT 14

# UNITED STATES PATENT AND TRADEMARK OFFICE

---

## PATENT TRIAL AND APPEAL BOARD

---

WISTRON CORPORATION
Petitioner

v.

PHENIX LONGHORN, LLC
Patent Owner

---

CASE: IPR2018-01255
U.S. PATENT NO. 7,233,305

---

## DECLARATION OF THOMAS L. CREDELLE
## IN SUPPORT OF PETITION FOR *INTER PARTES* REVIEW OF
## U.S. PATENT NO. 7,233,305

WISTRON CORP. EXHIBIT 1002
Page 1 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

Table of Contents

I.      INTRODUCTION ..................................................................................1

II.     QUALIFICATIONS .............................................................................1

III.    SUMMARY OF OPINIONS.................................................................5

IV.     LEVEL OF ORDINARY SKILL IN THE ART...................................6

V.      TECHNOLOGICAL BACKGROUND ................................................7

        A.    Liquid Crystal Displays................................................................7

        B.    Gamma Correction .......................................................................8

        C.    Multiplexer for Addressing Memory ........................................12

VI.     THE '305 PATENT.............................................................................14

        A.    Summary of the '305 Patent.......................................................14

        B.    The '305 Patent's Priority Date..................................................15

        C.    Claim Construction ....................................................................18

              "non-volatile storage cells" ......................................................18

VII.    THE PRIOR ART TEACHES OR SUGGESTS EVERY FEATURE
        OF THE CHALLENGED CLAIMS OF THE '305 PATENT ....................20

        A.    Ground 1:  Obvious in view of Kang.........................................20

              1.    Claim 1 is obvious in view of Kang ................................21

              2.    Claim 2 is obvious in view of Kang ................................40

              3.    Claim 4 is obvious in view of Kang ................................43

              4.    Claim 5 is obvious in view of Kang ................................47

        B.    Ground 2:  Obvious in view of Da Costa...................................50

              1.    Claim 1 is obvious in view of Da Costa ..........................51

              2.    Claim 2 is obvious in view of Da Costa ..........................72

              3.    Claim 4 is obvious in view of Da Costa ..........................74

              4.    Claim 5 is obvious in view of Da Costa ..........................79

        C.    Ground 3:  Obvious in view of Petropoulos...............................82

              1.    Claim 1 is obvious in view of Petropoulos ......................83

              2.    Claim 2 is obvious in view of Petropoulos ......................99

i

WISTRON CORP. EXHIBIT 1002
Page 2 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

3.    Claim 5 is obvious in view of Petropoulos ............................ 101

D.    Ground 4:  Obvious in view of Tanaka ........................................... 103

1.    Claim 1 is obvious in view of Tanaka ................................... 104

2.    Claim 2 is obvious in view of Tanaka ................................... 135

3.    Claim 4 is obvious in view of Tanaka ................................... 138

4.    Claim 5 is obvious in view of Tanaka ................................... 141

E.    Ground 5:  Obvious over Da Costa in view of Tsai ......................... 143

1.    Claim 1 is obvious over Da Costa in view of Tsai ................ 148

2.    Claim 2 is obvious over Da Costa in view of Tsai ................ 155

3.    Claim 4 is obvious over Da Costa in view of Tsai ................ 157

4.    Claim 5 is obvious over Da Costa in view of Tsai ................ 157

F.    Ground 6: Obvious over Tanaka in view of Tsai ............................. 157

5.    Claim 1 is obvious over Tanaka in view of Tsai ................... 162

6.    Claim 2 is obvious over Tanaka in view of Tsai ................... 162

7.    Claim 4 is obvious over Tanaka in view of Tsai ................... 162

8.    Claim 5 is obvious over Tanaka in view of Tsai ................... 162

G.    Ground 7: Obvious over Petropoulos in view of Kang .................... 162

1.    Claim 1 is obvious over Petropoulos in view of Kang .......... 167

2.    Claim 2 is obvious over Petropoulos in view of Kang .......... 167

3.    Claim 4 is obvious over Petropoulos in view of Kang .......... 167

4.    Claim 5 is obvious over Petropoulos in view of Kang .......... 167

II.    CONCLUSION .................................................................................... 168

ii

WISTRON CORP. EXHIBIT 1002
Page 3 of 171

## I.    INTRODUCTION

1.    My name is Thomas L Credelle.  My findings, as set forth herein, are based on my education and background in the fields discussed below.

2.    I have been retained on behalf of Petitioner Wistron Corporation ("Petitioner" or "Wistron") to provide this Declaration relating to U.S. Patent No. 7,233,305 ("the '305 Patent," Ex. 1001), which I understand is being asserted against Petitioner by Phenix Longhorn, LLC ("Patent Owner").  I reserve the right to supplement this Declaration in response to additional evidence that may come to light.

3.    I am over 18 years of age.  I have personal knowledge of the facts stated in this Declaration and could testify competently to them if asked to do so.

4.    My compensation is not based on the resolution of this matter.  My findings are based on my education, experience, and background in the fields discussed below.

## II.    QUALIFICATIONS

5.    I have more than 40 years of industry experience in research and development in the areas of Liquid Crystal Display (LCD) technology, other flat panel display technologies, Light Emitting Diode (LED) technology, and optical systems.

6.    I received my M.S. degree in Electrical Engineering from the

1

WISTRON CORP. EXHIBIT 1002
Page 4 of 171

Massachusetts Institute of Technology in 1970, with an emphasis on Electro-optics and Solid-State Materials. I received my B.S. degree in Electrical Engineering in 1969 from Drexel University.

7. I was employed by RCA at Sarnoff Labs in Princeton, NJ from 1970 through 1986, first as a Member of the technical Staff and later as a Group Manager in charge of all Active Matrix LCD research. During my time at RCA, I participated in research and development projects relating to optical materials and flat panel displays, including LCD devices. In 1983, I established the Thin-Film Transistor (TFT) LCD Program at Sarnoff Labs. As a Group Manager, I led a project that resulted in the development of the first poly-Silicon TFT LCD at Sarnoff Labs. I received the Sarnoff Outstanding Achievement Award for Large-Area Flat Panel TV Developments. One key component of the TFT-LCD developments was drive electronics (e.g., row and column drivers), which included gamma correction for gray scale.

8. From 1986 to 1991, I was employed by GE as the Manager of TFT LCD Research and Development at the GE Research and Development Center in Schenectady, NY. My duties included managing research and development efforts relating to TFT and LCD technology for avionics applications. While employed by GE, I led the team that built the world's first 1-million-pixel color LCD device. I also led development of numerous other display devices utilizing

2

WISTRON CORP. EXHIBIT 1002
Page 5 of 171

LCD technology.  As with the earlier work at RCA, a key part of this effort was the development of drive electronics to achieve precise colors and gray scale; adjustable gamma was a part of the requirement due to the diverse operating conditions.

9.      From 1991 to 1994, I was employed by Apple Computer as the Manager of Display Engineering.  In my role at Apple, I supervised all LCD design, engineering, and qualification for the first PowerBook notebook computers introduced to market in the United States.  A key responsibility at Apple was the electronics interface to the host CPU; this involved controlling brightness, gray scale, and color.  Various software and hardware gamma control was developed.

10.      From 1994 to 1996, I was employed as the Director of Advanced Product Marketing by Allied Signal, where I was involved with the design and engineering of optical films and custom focusing backlight designs for improving the viewing angle performance of LCD devices.

11.      From 1996 to 1999, I was employed as the Director of Product Marketing for Motorola's Flat Panel Display Division, where I worked in the development of new flat panel technology, and I also worked closely with Motorola groups responsible for integrating LCD technology into mobile phone products.

3

WISTRON CORP. EXHIBIT 1002
Page 6 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

12.     From 1999 to 2001, I served as the Vice President of Operations of Alien Technology Corporation.  During my time at Alien Technology, I was involved with the design and architecture of drive-electronics packaging technology suitable for flexible LCD devices.

13.     From 2001 to 2007, I served as the Vice President of Engineering for Clairvoyante, Inc.  My responsibilities as the VP of Engineering included managing research, development, engineering, and marketing of technologies for improving the resolution and power consumption of color flat panel displays. During my time at Clairvoyante, I was heavily involved with the design of LCD driving circuitry and image processing circuitry, including image processing algorithms.  The image processing included extensive use of gamma adjustment to achieve proper color and gray scale.  My work resulted in the issuance of multiple patents relating to display technology.

14.     From 2007 to 2008, I served as the Senior VP of Engineering for Puredepth, Inc.  My responsibilities included the design of hardware and software to create 3D images on LCDs.

15.     From 2012 through 2015, I served as the Vice President of Application Engineering and Device Performance for Innova Dynamics, Inc., a nanotechnology company developing materials to be used in LCDs and touch sensors.  In 2008, I founded TLC Display Consulting, a company that provides

4

WISTRON CORP. EXHIBIT 1002
Page 7 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

technical consulting in the areas of flat panel displays, liquid crystal displays, LEDs, and related electronics. I currently serve as the President of TLC Display Consulting.

16. I have been a member of the Society for Information Display ("SID") for over 40 years. I was a member of the SID's Program Committee for 15 years, and the Director of the SID's Symposium Committee for 10 years. In 1984, I was awarded the title of Society for Information Display Fellow in recognition of my achievements and contributions to flat panel display technology.

17. I am a named inventor on over 80 patents relating to flat panel display and LCD technology. I have also authored several articles relating to LCD technology and flat panel displays that were published by industry periodicals such as Information Display and peer-reviewed journals such as the Society for Information Display's Digest of Technical Papers.

18. A copy of my current CV, publications, and prior testimonial or litigation-related activities as an expert is attached as Exhibit 1003.

## III.    SUMMARY OF OPINIONS

19. In preparing this declaration, I have reviewed the documents I refer to throughout this Declaration. In addition to these materials, I have relied on my education, experience, and my knowledge of practices and principles in the relevant field, e.g., LCD electro-optical behavior and LCD drive and interface

5

electronics.  My opinions have also been guided by my appreciation of how one of ordinary skill in the art would have understood the claims and specification of the '305 Patent around the time of the alleged invention, which I have been asked to assume (except where noted below) is the earliest claimed priority date of June 11, 2003.

20.     Based on my experience and expertise, it is my opinion that certain references teach or suggest all the features recited in claims 1, 2, 4, and 5 of the '305 Patent, as the terms of those claims would be understood by those of skill in the art.  In addition, as I explain in more detail below, a person of skill in the art would have been motivated to combine (and would have combined) certain references, with the result being that the combination meets each element of claims 1, 2, 4, and 5 of the '305 Patent.  I explain the basis for my opinions below.

## IV.   LEVEL OF ORDINARY SKILL IN THE ART

21.     Based on my review of the '305 Patent specification, claims, and file history, I believe one of ordinary skill in the art around the time of the alleged invention of the '305 Patent would have had at least a Bachelor of Science degree in physics, electrical engineering, or the equivalent thereof and three (3) years of experience in LCD circuit design.  A person with less education but more relevant industry experience or a person with more education but less relevant industry experience may also meet this standard.  Such a person of ordinary skill in the art

6

WISTRON CORP. EXHIBIT 1002
Page 9 of 171

("POSITA") would have had knowledge of integrated circuits, gamma correction, and storage of gamma correction voltage values within memory, and would have understood how to search available literature for relevant publications.

22.    In determining the level of ordinary skill in the art, I was asked to consider, for example, the type of problems encountered in the art, prior art solutions to those problems, the rapidity with which innovations are made, the sophistication of the technology, and the educational level of active workers in the field.

## V.    TECHNOLOGICAL BACKGROUND

### A.    Liquid Crystal Displays

23.    Liquid Crystal Displays, or "LCDs," have been in use since the early 1970s.  (Ex. 1007 at Cover).  They are now wholly ubiquitous, commonly used in myriad consumer electronic devices such as televisions, smartphones, automobile dashboards, laptop computers, tablet computers, and more.

24.    An LCD is a viewable screen that comprises pixels arranged in a matrix on a glass or plastic substrate.  Each pixel is typically made up of three subpixels (*e.g.*, the primary colors red, green, or blue) and each is individually adjustable for brightness (*i.e.*, from dim to bright).  The combination of all the pixels in the display, each separately adjusted to a particular color and brightness, creates an image on the LCD.

7

WISTRON CORP. EXHIBIT 1002
Page 10 of 171

**B.      Gamma Correction**

25.      The brightness vs. input voltage curve, however, does not match the characteristics of the human visual system and therefore must be adjusted to achieve a good picture.  This nonlinear behavior is called "gamma" and must be corrected either in software or in hardware.  Gamma correction is also applied to correct for variations in the manufacturing process of a device with an LCD screen and to adjust for ambient conditions around a display (such as temperature).  For example, an image may appear too dim, too bright, or have some other unacceptable condition.  To correct for these undesired affects, a set of gamma reference voltages are supplied to the column (data) driver digital to analog converters ("DACs") to increase or decrease the brightness of individual pixels so that the image is more acceptable to the viewer.  Gamma correction requires fine precision to tune the voltages to produce high-quality pictures on an LCD.

26.      A typical LCD transfer curve of transmissivity (directly proportional to brightness) vs. voltage is shown in Fig. 6 of Da Costa and is reproduced below (Ex. 1008 at Fig. 6).  The voltages V0 through V9 are provided to the column driver to create a corrected image.

8

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305



(Ex. 1008 at Fig. 6.)

27.    According to the Background section of the '305 Patent, the traditional approach to gamma correction of LCD displays was to provide select-on-test resistors which "allow the reference voltages to be fine-tuned to the requirements of the individual display." (Ex. 1001 at 1:28–31). The resisters were mounted on the display PC board during manufacturing. (*Id.* at 1:34–38). Figure 1 of the '305 Patent, reproduced below, provides a schematic example of this select-on-test solution to gamma correction:

9

WISTRON CORP. EXHIBIT 1002
Page 12 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305



FIG. 1  -- Prior Art --

(Ex. 1001 at Fig. 1.)

28.    The select-on-test resistor method was a manually laborious procedure, and the gamma references voltages generated by the resistor ladder could not be changed after manufacture.    Because of these shortcomings, manufacturers began to move towards automatic options, integrating gamma correction into the display drivers.    One such device is disclosed in U.S. Patent No. 6,046,719.    As disclosed therein, a temperature sensor 1014 is disposed in the LCD display 1012.    The age and temperature of the display are used to calculate the gamma parameters and perform gamma correction 110.    The result of the calculation is input into the column driver 1018, thereby fixing the signal voltage.

10

WISTRON CORP. EXHIBIT 1002
Page 13 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

(*See* Ex. 1007 at 11:4–22). A device employing similar principles is disclosed by U.S. Patent No. 6,593,934. As disclosed therein, a set of sensors is used to evaluate the voltage-to-luminance curve of a display. (Ex. 1018 at 2:51–60). A programmable voltage generating means generates a set of gamma reference voltages determined by a central process unit. (Ex. 1018 at 2:61–66). A voltage dividing circuit implemented by using digital-to-analog converters outputs $2^N$ divided voltages which are connected to output buffers and supplied to the display, which is analyzed by the sensors. (Ex. 1018 at 3:8–25).

29. Before the purported invention described in the '305 Patent, many researchers were already proposing alternate gamma generating circuits to address the limitations of the select-on-test resistor method. For example, Kang (Ex. 1007, filed June 28, 2001) describes a gamma voltage correcting apparatus which "includes memory means for storing a gamma data for controlling a gamma voltage for each of at least two modes; control means for accessing the gamma data for each mode in response to an instruction from a user." (*See* Ex. 1007 at [0022]). Additionally, Tanaka (Ex. 1010, filed Jan. 16, 2002) discloses a reference voltage generating circuit that comprises "a reference voltage generating section for producing reference voltages of a plurality of levels; a correction information storing section for storing quantity of adjustment for the reference voltages; and an adjustment section for adjusting the reference voltages based

11

WISTRON CORP. EXHIBIT 1002
Page 14 of 171

upon the quantity of adjustment stored in the correction information storing section. By this construction, a reference voltage can be changed only by rewriting the information stored in the correction information storing section, thereby being capable of adjusting the reference voltage by a user in accordance with the characteristics of a liquid crystal material or liquid crystal display device." (*See* Ex. 1010 at [0032]–[0033]).

### C.   Multiplexer for Addressing Memory

30.   The '305 Patent claims, "circuits for programming coupled to *a multiplexer for addressing and programming said storage cells*, wherein the addressing is based on a plurality of inputs;" and "the plurality of inputs connected to said *multiplexer for addressing said storage cells*." (Ex. 1001 at Claim 1, emphasis added). The '305 Patent describes the mux (i.e., multiplexer) as the device that connects the programming engine 310 to the storage cells: "[t]he mux **320** connects signals from the programming engine **310** to any one of the programmable analog floating gate memory cells **330** through **337**, *depending on three address inputs ($A_0$, $A_1$, and $A_2$). Address inputs are used to select which cell is being written to at any time.*" (Ex. 1001 at 3:56–4:3, emphasis added.) Thus, the multiplexer of claim 1 is the device used to select which memory cell is addressed by the "plurality of inputs" $A_0$, $A_1$, and $A_2$.

31.   It was well known in 2003 to a POSITA that memory arrays require

12

WISTRON CORP. EXHIBIT 1002
Page 15 of 171

row and column decoders to address (read or write) each memory cell, along with other programming circuitry.  For example, Fazio[1] teaches a method for programming a nonvolatile flash memory cell that uses such row and column decoders (also shown in Figure 8 below):



**FIG. 8**

(Ex. 1012 at Fig. 8).  Fazio discloses:

> "Memory device 120 is fabricated on a single semiconductor substrate and includes memory array 125, *row decoder 130,*

---

[1]  Fazio et al., "PROGRAMMING FLASH MEMORY USING STRICT ORDERING OF STATES," U.S. Patent No. 5,677,869, Oct 14, 1997 (Intel Corp.) (Ex. 1012).

13

WISTRON CORP. EXHIBIT 1002
Page 16 of 171

*column decoder 135,* sensing circuitry 140, reference array 145, control engine 150, voltage switch 155, and command interface 160. Memory device 120 receives addresses via address lines 165 and receives and outputs data via bi-directional data lines 170." (*Ex*. Fazio at 6:62-7:3 *emphasis* added.)  Fazio further discloses "[t]o read data stored in the memory array 125, row decoder 130 and column decoder 135 select a number of memory cells of the memory array 125 in response to a user-provided address received via address lines 165. *Row decoder 130 selects the appropriate row of memory array 125, and column decoder 135 selects the appropriate column (or columns) of memory array 125*.

(Ex. 1012 at 7:17-23, emphasis added).

32.     Thus, Fazio teaches that multiple "address lines **165**" ("a plurality of inputs") are used to select where data is stored in the memory array **125** and that other circuitry is used in programming (command interface **160**, control engine **150**, voltage switch **155**, etc.).  It would have been obvious to a POSITA in 2003 that the plurality of inputs can be supplied either in parallel or serially, e.g., through an $I^2C$ bus.[2]

## VI.   THE '305 PATENT

### A.    Summary of the '305 Patent

33.     The '305 Patent is entitled "Gamma Reference Voltage Generator." (*See* Ex. 1001 at Title).   The '305 Patent is generally directed to "[a] programmable buffer integrated circuit which can be programmed to output a set

---

[2]  *See* Ex. 1013 ("The $I^2C$-bus and how to use it." Philips Semiconductor (1995)).

14

of gamma correction reference voltages to be used in LCD displays." (*See* Ex. 1001 at Abstract). Further, the '305 Patent describes a device that incorporates a "programming interface to allow the programming of the buffer outputs to the desired values" and "multiple sets of values can be programmed to provide different gamma correction curves." (*See* Ex. 1001 at Abstract).

34. The '305 Patent describes a gamma reference controller 300 that comprises a programming interface, a mux (i.e., multiplexer), programmable floating gate memory cells, and output drivers. Address inputs are provided to select which cell is to be written. (*See* Ex. 1001 at 3:44–4:3).

35. In one embodiment of the purported invention, the '305 Patent describes a circuit termed the AG1818 that has eighteen outputs and eight banks of analog non-volatile memory that can be selected based on three address inputs. (*See* Ex. 1001 at 5:30–58).

## B.    The '305 Patent's Priority Date

36. The '305 Patent was filed on December 23, 2003, and claimed priority to U.S. Provisional Application No. 60/477,680 ("the '680 Application"), which was filed on June 11, 2003. As explained below, it is my opinion that claims 1, 2, 4, and 5 of the '305 Patent are not entitled to the filing date of the '680 Application.

37. I understand that the '680 Application was filed on June 11, 2003.

15

WISTRON CORP. EXHIBIT 1002
Page 18 of 171

Accompanying a specification, claims, and informal drawings were an application transmittal letter, cover sheet, and application data sheet, all of which listed Richard Orlando and Trevor Blyth as the inventors and included the title "Gamma Trimster and Method for Gamma Reference Voltage Generation for Displays." (*See* Ex. 1005 at 1–7). The actual specification of the submitted application lists the title "Haptic Targeting Device" and states that Eric Wengreen was the inventor. (*Id.* at 8). The application explains that the field of the invention is "haptic devices, and in particular [] a targeting device providing haptic feedback to a user." (*Id.* at 9). The entirety of the specification describes haptic targeting devices, an entirely different field of technology from the programmable buffer integrated circuit described in the '305 Patent. (*Id.* at 9–23).

38.    Only the figures submitted with the application have any connection with the material of the '305 Patent. (*Id.* at 24–26). Figure 1 shows a typical LCD circuit architecture, although it is incomplete and not described in the specification. A POSITA in 2003 would recognize certain elements such as the TFT panel, the source drivers, and a resistor string as elements used in constructing a working TFT-LCD. A POSITA in 2003 would not know if this is prior art or a proposed invention.

39.    Figure 2 shows an alternate TFT LCD that includes a "programming interface," a "gamma reference controller," source drivers, and a TFT panel.

16

Without an accompanying specification, this figure could describe any number of circuit architectures, including those of the prior art. (*See, for example,* Ex. 1007 or Ex. 1010). A POSITA in 2003 would not know if this is prior art or a proposed invention.

40. Figure 3 shows a circuit with a programming engine, a mux, some unnamed devices 330-337, and what could be amplifiers 340-347. A POSITA in 2003 would not be able to discern the function of this circuit without further explanation. It certainly does not describe "gamma reference voltage signals, multiple banks of cells containing predetermined gamma reference voltage signal display conditions or means to switch between banks of cells" as later claimed by the '305 Patent. (*See* Ex. 1001). In fact, only one column of devices 330-337 is shown; if indeed the devices 330-337 are memory cells (which would only be a guess by a POSITA in 2003), they comprise only one "bank."

41. Furthermore, a POSITA in 2003 would have no way of knowing that the output signals (labeled CH0 to CH7) were gamma reference voltage signals or that the devices 330-337 contained predetermined gamma reference voltage signal display conditions. Even if one assumes devices 330-337 are non-volatile storage cells, such cells can contain any of innumerable types of data and be driven by a myriad of different voltage signals, so a POSITA would not understand gamma reference voltage signals and predetermined gamma reference voltage signal

17

display conditions be inherent features of Figure 3.

42.    It is my understanding that a patent application may be entitled to the filing date of an earlier-filed application by the same inventor if it is "[a]n application for patent for an invention disclosed in the manner provided by section 112(a) (other than the requirement to disclose the best mode) in an application previously filed in the United States."   35 U.S.C. § 120.   Because the '680 Application does not provide written description support for the Challenged Claims of the '305 Patent, it is my opinion that is not entitled to the filing date of the '680 Application and is only entitled to a priority date of December 23, 2003.

## C.    Claim Construction

43.    I understand that in general, claims subject to IPR receive the broadest reasonable interpretation in light of the specification of the patent in which they appear.

44.    I have been asked to offer my opinion as to how a person of skill in the art would understand the structure described in the following claim phrases in the context of the specification of the '305 Patent.   I have offered that opinion below.

### "non-volatile storage cells"

45.    The '305 Patent claims "An integrated circuit for producing voltage signals on a plurality of outputs comprising: a plurality of non-volatile storage

18

cells." (Ex. 1001 at Claim 1). The '305 Patent consistently uses the term "programmable analog floating gate memory" in the specification as an example of a type of non-volatile memory used in the integrated circuit. A POSITA would understand the term "non-volatile storage cells" to apply to the storage of both analog and digital values in the storage cells because the term "non-volatile" storage cells can be used to describe any of analog floating gate non-volatile memory, Electrically Erasable Programmable Read Only Memory (EEPROM), Flash EEPROM, Ultraviolet EPROM (UVEPROM), and Non-Volatile Random Access Memory (NOVRAM).

46.    Moreover, Claim 4 of the '305 Patent, which depends from Claim 1, recites "The integrated circuit of claim 1 wherein said non-volatile storage cells hold analog voltage values." (Ex. 1001 at Claim 4). I understand that under the doctrine of claim differentiation, the non-volatile storage cells in Claim 1 must necessarily be broader than the analog non-volatile storage cells of Claim 4 and therefore encompass both analog and digital iterations.

47.    Under the applicable standard, for the reasons discussed above, it is my opinion that the phrase "non-volatile storage cells" should mean "computer memory that retains its stored data after power is removed and restores the data when power is returned to the system, such as, for example, the following: analog floating gate non-volatile memory, Electrically Erasable Programmable Read

19

Only Memory (EEPROM), Flash EEPROM, Ultraviolet EPROM (UVEPROM), and Non-Volatile Random Access Memory (NOVRAM)."

## VII.   THE PRIOR ART TEACHES OR SUGGESTS EVERY FEATURE OF THE CHALLENGED CLAIMS OF THE '305 PATENT

48.    I now turn to the references applied in the grounds for rejections discussed in Petition for *Inter Partes* Review.  In my analysis, I will specifically address the following references:

| Ex. No. | Reference | Referred to as |
|---------|-----------|----------------|
| 1007 | U.S. Patent Application Publication No. 2002/0063666 | Kang |
| 1008 | U.S. Patent No. 6,100,879 | Da Costa |
| 1009 | U.S. Patent Application Publication No. 2003/0090580 | Petropoulos |
| 1010 | U.S. Patent Application Publication No. 2003/0132906 | Tanaka |
| 1011 | U.S. Patent No. 5,974,528 | Tsai |

### A.    Ground 1:  Obvious in view of Kang

49.    I am of the opinion that claims 1, 2, 4, and 5 of the '305 Patent are obvious in view of the teachings of Kang and the general knowledge individuals of ordinary skill the art would have possessed in June 2003.

50.    Kang is entitled "Apparatus and method for correcting gamma voltage and video data in liquid crystal display." (Ex. 1007 at Title).  Kang was

20

filed in the US on June 28, 2001 and in Korea on June 28, 2000.  (Ex. 1007 at Cover).

51.     Kang discloses that "an object of the present invention to provide *a gamma voltage and video data correcting apparatus* and method in a liquid crystal display that is capable of improving a display quality of the LCD." (*See* Ex. 1007 at [0021]).   The invention includes "a gamma voltage correcting apparatus… [that] includes memory means for storing a gamma data for controlling a gamma voltage for each of *at least two modes*; control means for accessing the gamma data for each mode *in response to an instruction from a user*; and *multi-channel gamma voltage generator* for responding to gamma data in *a mode selected by the control means* to generate n gamma voltages." (*See* Ex. 1007 at [0022]).  "The gamma voltage correcting apparatus further includes *a column driver* for correcting the video data using the gamma voltage from the multi-channel gamma voltage generator and supplying it to the data lines." (*See* Ex. 1007 at [0022], emphasis added).

### 1.     Claim 1 is obvious in view of Kang

52.     Claim 1 of the '305 Patent is obvious in view of Kang. It contains eight separate elements, each of which is obvious in view of the teachings of Kang.  The elements of the claim are reproduced below for reference:

21

1[pre] An integrated circuit for producing voltage signals on a plurality of outputs comprising:

1[a] a plurality of non-volatile storage cells;

1[b] circuits for programming coupled to a multiplexer for addressing and programming said storage cells, wherein the addressing is based on a plurality of inputs;

1[c] drivers connected to said storage cells and to the plurality of outputs; and

1[d] the plurality of inputs connected to said multiplexer for addressing said storage cells,

1[e] wherein said voltage signals are gamma reference voltage signals for determining actual driving voltages of columns of a display,

1[f] wherein said non-volatile storage cells are organized into two or more banks of cells wherein each bank contains a predetermined gamma reference voltage signal display condition;

1[g] and means to switch between the banks based on one or more external signals is provided on said integrated circuit.

53.    The preamble of claim 1 (element 1[pre][3]) requires "An integrated circuit for producing voltage signals on a plurality of outputs." Kang discloses this element as a multi-mode gamma generator **84** as shown in Figure's 8 and 9 (reproduced below). Kang discloses a multi-mode gamma voltage generator **84** which is a functional circuit that includes "a gamma controller **91** connected to a

---

[3]  I have used the same claim element/limitation "designations" used in the accompanying Petition for *Inter Partes* Review of the '305 Patent.

22

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

user interface **100**, and a memory **92**, a multi-channel DAC and a buffer unit **94** and a gamma voltage output **95** connected between the gamma controller **91** and a DAC **96** of the column driver **83**." (See Ex. 1007 at [0051]). Kang further discloses that certain elements can be integrated into a single chip: "The gamma voltage correcting apparatus according to claim 1, wherein the memory means and the control means are integrated into a single integrated circuit." (*See* Ex. 1007 at Claim 6). The gamma voltage correcting apparatus of claim 1 is thus an "integrated circuit for producing voltage signals on a plurality of outputs" and therefore element 1[pre] is satisfied.

FIG.8



(Ex. 1007 at Fig. 8.)

23

WISTRON CORP. EXHIBIT 1002
Page 26 of 171



(Ex. 1007 at Fig. 9 (annotated)).

54.    The first element of claim 1 (element 1[a]) requires a plurality of non-volatile storage cells.  As previously stated, non-volatile storage cells can be analog or digital and are memory storage elements that can retain information when the power is turned off.  Examples include EEPROM, EPROM, flash, etc.[4] Kang discloses the "memory **92** is preferably implemented with EEPROM or EPROM, etc." (*See* Ex. 1007 at [0053]).  Thus, the memory 92, which contains non-volatile storage cells, satisfies element 1[a].

55.    Element 1[b] requires "circuits for programming coupled to a multiplexer for addressing and programming said storage cells, wherein the addressing is based on a plurality of inputs." Kang discloses a circuit (gamma

---

[4]    *See* Ex. 1014 ("Introduction to Flash Memory," R. Bez et al., PROC. IEEE, **91** (4), April 2003).

24

WISTRON CORP. EXHIBIT 1002
Page 27 of 171

controller **91**) that is coupled to the memory **92** via an I$^2$C data interface, a common serial interface.[5]   The I$^2$C serial interface provides instructions and addresses for where to write the data to the memory.  The Kang *multi-mode* gamma voltage generator 84 is a multi-mode device, meaning multiple data sets can be stored ("a multi-mode gamma voltage generator **84** for generating a gamma voltage using *multi-mode gamma data set* in advance in correspondence with various peripheral equipment" (*See* Ex. 1007 at [0048], emphasis added)).  Since the gamma data sets are stored in more than two storage cells, the address input must be more than two bits, i.e., the addressing is based on a "plurality of inputs." *Kang* teaches that "[t]he memory **92** is programmed via the user interface **100** and the gamma controller **91,**" and the "gamma controller **91** is connected between the user interface **100** and the memory **92** to control the memory **92** in accordance with a user instruction," and "[t]he memory **92** is changeable with peripheral equipment and stored therein is a multi-mode gamma data set in consideration of a liquid crystal display characteristic." (*See* Ex. 1007 at [0052]).  Thus, the gamma controller 91 is a "circuit for programming" and is coupled to the storage cells (memory 92).  As already discussed, flash memory includes multiplexers, e.g.,

---

5  Ex. 1013 ("The I$^2$C-bus and how to use it." Philips Semiconductor (1995)).

WISTRON CORP. EXHIBIT 1002
Page 28 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

row and column decoders, to determine where to write data.[6]   Thus, element 1[b] is satisfied.

56.     The next element 1[c] requires "drivers connected to said storage cells and to the plurality of outputs."   The term "drivers" could have several meanings to a POSITA in 2003; for example, it may refer to the source drivers **240** of the display shown in Figure 2 in the '305 Patent, or it can refer to the buffers **330-337** shown in Figure 3 of the '305 Patent.   Kang discloses that the multi-mode gamma generator 84 provides GMA1 – GMA8 outputs (see Fig. 9) directly to the driver IC 96 (the first definition of "drivers").   Kang states "The multi-channel DAC **93** is connected between the memory **92** and the buffer unit **94** to interpret serial gamma data inputted from the memory **92**, thereby outputting eight gamma reference voltages GMA1 to GMA8 indicated by the serial gamma data." (*See* Ex. 1007 at [0054]).   Hence, the buffers 94 are connected to the storage cells **92,** i.e., memory, via the multi-channel DAC **93**. Figure 10 of Kang further discloses that the DACs **103A** to **103H** ("drivers" in the second definition of drivers) are connected to the storage cells through the digital data receiver **101**.   (*See* Ex. 1007 at [0054], Fig. 10).   Thus, Kang teaches drivers (buffers **94**) connected to storage cells in memory **92** (which contains non-volatile

---

[6]   Ex. 1014 (Introduction to Flash Memory," R. Bez et al., PROC. IEEE, **91** (4), April 2003).

26

storage cells) and element 1[c] is satisfied.

57.     Next, 1[d] requires "the plurality of inputs connected to said multiplexer for addressing said storage cells."  The multiplexer is the device of 1[b] that selects where the data is written into the storage cells.  In Kang, the interface used to provide a "plurality of inputs" to address the memory ("storage cells") in an $I^2C$ serial interface, as previously stated; the $I^2C$ interface comprises serial data and serial clock lines and therefore constitutes a "plurality of input lines."[7]  It would have been obvious to a POSITA in 2003 that the serial interface also contains a plurality of inputs, e.g., multiple address lines, so that data can be written into the proper locations in memory.  Thus, Kang includes a "plurality of inputs" to a multiplexer in the memory 92 to write data into proper locations in memory.  An example of the plurality of bits available in the $I^2C$ interface is shown in Figure 11 (reproduced below), which describes the interface between memory (i.e. storage cells) **92** and DACs **103A** through **103H**.  "As shown in FIG. 11, the gamma data inputted to the DACs **103**A to **103**H is an 18-bit data packet including one start bit S, *four address bits A0 to A3,* four sub-address bits SA to SD, one data header bit A, and six gamma data bits D**0** to D**5**. The start bit S indicates a start of the data packet. The address bits A**0** to A**3** assign each of the DACs **103**A /to **103**H, while the sub-address bits SA to SD assign each address in

---

[7]  Ex. 1013 ("The $I^2C$-bus and how to use it." Philips Semiconductor (1995)).

27

WISTRON CORP. EXHIBIT 1002
Page 30 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

the DACs **103**A to **103**H. The header bit A indicates an initiation of the gamma data bits D**0** to D**5**. The DACs **103**A to **103**H interpret serial gamma data from the data receiver **101** and output eight gamma reference voltages GMA1 to GMA8 assigned by the gamma data." (*See* Ex. 1007 at [0058], *emphasis* added). The address bits A0 to A3 are a "plurality of inputs" that is connected to the address decoder in memory **92** and the element 1[d] is satisfied.

## FIG.11

| S | | A3 A2 A1 A0 | SD SC SB SA | A | X  X  D5 D4 D3 D2 D1 D0 |
|---|---|---|---|---|---|

S=START CONDITION ,A3~A0=ADDRESS BIT, SC~SA=SUBADDRESS BIT
A=HEADER BIT,    D5~D0=DATA BIT

(Ex. 1007 at Fig. 11).

58.    Element 1[e] requires that "voltage signals are gamma reference voltage signals for determining actual driving voltages of columns of a display." Kang shows in Figure 8 and 9 that the voltages from the multi-mode gamma voltage generator 84 are gamma voltages used to determine actual driving voltages on columns of the display.  Kang states "[t]he gamma voltage correcting apparatus further includes a column driver for correcting the video data using the gamma voltage from the multi-channel gamma voltage generator and supplying it

28

WISTRON CORP. EXHIBIT 1002
Page 31 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

to the data lines." (*See* Ex. 1007 at [0022]).  A POSITA in 2003 would have equated the "columns of a display" of the '305 Patent with "column driver" of Kang.  In addition, a POSITA would have understood that gamma voltages are necessarily used to determine the actual driving voltages of the columns of the display.  Thus, Kang discloses "voltage signals for determining actual driving voltages of columns of a display" and element 1[e] is satisfied.

59.    The next element 1[f] requires that "said non-volatile storage cells are organized into two or more banks of cells wherein each bank contains a predetermined gamma reference voltage signal display condition."  Kang clearly teaches that the multi-mode gamma generator has two or more banks that contain predetermined gamma reference voltages: "In order to achieve these and other objects of the invention, a gamma voltage correcting apparatus for a liquid crystal display according to one aspect of the present invention includes memory means for storing a gamma data for controlling a gamma voltage for each of at least two modes."  (*See* Ex. 1007 at [0022]).  Further, Kang describes four modes with different gamma voltages in Table I: "An example of the gamma reference voltages GMA1 to GMA8 for each mode, Modes A to D, output from the DACs **103**A to **103**H is given by the following table [I]."  (*See* Ex. 1007 at [0059]).  Thus, Kang teaches a memory **92** comprising non-volatile storage cells arranged in "two or more banks," which contain "a predetermined gamma

29

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

reference voltage signal display condition," and element 1[f] is satisfied.

60.    The last element 1[g] requires "means to switch between the banks based on one or more external signals is provided on said integrated circuit." Kang discloses a multi-mode gamma generator that can switch between modes under user control: "control means for accessing the gamma data for each mode *in response to an instruction from a user*; and multi-channel gamma voltage generator for responding to gamma data in a mode selected by the control means to generate n gamma voltages." (*See* Ex. 1007 at [0022], *emphasis* added).  The instructions from a user indicate the use of "external signals."   Further, Kang discloses "A method of providing a desired gamma voltage for a liquid crystal display, comprising: storing gamma data corresponding to a plurality of modes in a memory device; *receiving an external mode signal and in response thereto selecting selected gamma data from the memory*; and generating a plurality of gamma reference voltages according to the selected gamma data." (*See* Ex. 1007 at Claim 29, *emphasis* added).  Thus, Kang teaches that there are "one or more external signals" to switch between banks and element 1[g] is satisfied.

61.    In light of the above, the table below demonstrates how each limitation of claim 1 of the '305 Patent is rendered obvious by Kang (Ex. 1007). For all these reasons, it is my opinion that claim 1 of the '305 Patent is unpatentable in view of Kang.

30

WISTRON CORP. EXHIBIT 1002
Page 33 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Kang* |
|---|---|
| **1pre**. An integrated circuit for producing voltage signals on a plurality of outputs comprising: | To the extent the preamble is limiting, Kang discloses, *e.g.*:<br><br>"This invention relates to a technique for driving a liquid crystal display, and more particularly to an apparatus and method for correcting a gamma voltage and a video data in a liquid crystal display that is capable of improving a display quality of the liquid crystal display." Ex. 1007 at [0002].<br><br>"Referring to FIG. 9, the multi-mode gamma voltage generator **84** includes a gamma controller **91** connected to a user interface **100**, and a memory **92**, a multi-channel DAC and a buffer unit **94** and a gamma voltage output **95** connected between the gamma controller **91** and a DAC **96** of the column driver **83**." Ex. 1007 at [0051].<br><br>"The memory/gamma controller **124** is connected between a user interface **130** and the column driver **123** to output the gamma data γ Data in the specified modes, Mode A to Mode D, along with the clock signal Clock in accordance with a user instruction from the user interface **130**. To this end, the memory/gamma controller **124** is gamma data having logical values set in response to a plurality of modes corresponding to the peripheral equipment interchangeable with the LCD. The memory/gamma controller **124** is integrated into a single chip in which the gamma controller **91** in FIG. 9 is integrated with the memory **92** in FIG. 9." Ex. 1007 at [0066]. |
| **1a**. a plurality of non-volatile storage cells | Kang discloses, *e.g.*:<br><br>"In order to achieve these and other objects of the invention, a gamma voltage correcting apparatus for a |

31

WISTRON CORP. EXHIBIT 1002
Page 34 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| **Claim 1 of the '305 Patent** | *Kang* |
|---|---|
| | liquid crystal display according to one aspect of the present invention includes memory means for storing a gamma data for controlling a gamma voltage for each of at least two modes; control means for accessing the gamma data for each mode in response to an instruction from a user; and multi-channel gamma voltage generator for responding to gamma data in a mode selected by the control means to generate n gamma voltages (wherein n is an integer) having a different voltage level indicating by the gamma data in the selected mode. The gamma voltage correcting apparatus further includes a column driver for correcting the video data using the gamma voltage from the multi-channel gamma voltage generator and supplying it to the data lines." Ex. 1007 at [0022]<br><br>"A video data correcting apparatus for a liquid crystal display according to another aspect of the present invention includes memory means for storing a lookup table in which a color temperature correction data for correcting a color temperature characteristic of an input image is set in correspondence with a gray level value of the input image; memory control means for accessing the lookup table of the memory means in accordance with the gray level value of the input image to read out a color temperature correction data corresponding to the gray level value of the input image; and data driving means for driving the data lines using the color temperature correction data from the memory control means. The gamma voltage correcting apparatus further includes a row driver for sequentially applying a scanning pulse to the gate lines to drive the gate lines; and a timing controller for supplying the input image to the memory control means and for applying a desired timing control signal to the row driver." Ex. 1007 at [0023]. |

32

WISTRON CORP. EXHIBIT 1002
Page 35 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Kang* |
|---|---|
| | "The memory 92 is preferably implemented with EEPROM or EPROM, etc." Ex. 1007 at [0053]. |
| **1b.** circuits for programming coupled to a multiplexer for addressing and programming said storage cells, wherein the addressing is based on a plurality of inputs; | Kang discloses, *e.g.*:<br><br>"Referring to FIG. 9, the multi-mode gamma voltage generator 84 includes a gamma controller 91 connected to a user interface 100, and a memory 92, a multi-channel DAC and a buffer unit 94 and a gamma voltage output 95 connected between the gamma controller 91 and a DAC 96 of the column driver 83." Ex. 1007 at [0051].<br><br>"The gamma controller 91 is connected between the user interface 100 and the memory 92 to control the memory 92 in accordance with a user instruction from the user interface 100. To this end, the gamma controller 91 is connected to the user interface 100 by a wire or wireless system and is connected, via an I2C (for example), to the memory 92 to thereby apply I2C data interpreting the user instruction and an I2C clock to the memory 92. The gamma controller 91 is preferably implemented with a microcomputer." Ex. 1007 at [0052].<br><br>"The memory 92 is changeable with peripheral equipment and stored therein is a multi-mode gamma data set in consideration of a liquid crystal display characteristic." Ex. 1007 at [0053]. |

33

WISTRON CORP. EXHIBIT 1002
Page 36 of 171

| Claim 1 of the '305 Patent | *Kang* |
|---|---|
| | |
| **1c.** drivers connected to said storage cells and to the plurality of outputs; and | Kang discloses, *e.g.*:<br><br>"Further, the column driver 83 converts the data corrected by the gamma voltage Vγ into analog data to apply it to the data lines DL for each line. To this end, the column driver 83 includes a latch, a digital to analog converter (DAC), an output buffer and an address shift register." Ex. 1007 at [0050].<br><br>"Referring to FIG. 9, the multi-mode gamma voltage generator 84 includes a gamma controller 91 connected to a user interface 100, and a memory 92, a multi-channel DAC and a buffer unit 94 and a gamma voltage output 95 connected between the gamma controller 91 and a DAC 96 of the column driver 83." Ex. 1007 at [0051].<br><br>"The multi-channel DAC **93** is connected between the memory **92** and the buffer unit **94** to interpret serial gamma data inputted from the memory **92**, thereby outputting eight gamma reference voltages GMA1 to GMA8 indicated by the serial gamma data." Ex. 1007 at |

34

| Claim 1 of the '305 Patent | Kang |
|---|---|
| | [0054]<br><br><br><br>FIG.8<br><br>FIG.9 |
| **1d.** the plurality of inputs connected to said multiplexer for addressing said storage cells, | Kang discloses, *e.g.*:<br><br>"Referring to FIG. 9, the multi-mode gamma voltage generator 84 includes a gamma controller 91 connected to a user interface 100, and a memory 92, a multi-channel DAC and a buffer unit 94 and a gamma voltage output 95 connected between the gamma controller 91 |

35

WISTRON CORP. EXHIBIT 1002
Page 38 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Kang* |
|---|---|
| | and a DAC 96 of the column driver 83." Ex. 1007 at [0051]<br><br>"The gamma controller 91 is connected between the user interface 100 and the memory 92 to control the memory 92 in accordance with a user instruction from the user interface 100. To this end, the gamma controller 91 is connected to the user interface 100 by a wire or wireless system and is connected, via an I2C (for example), to the memory 92 to thereby apply I2C data interpreting the user instruction and an I2C clock to the memory 92. The gamma controller 91 is preferably implemented with a microcomputer." Ex. 1007 at [0052].<br><br>"As shown in FIG. 11, the gamma data inputted to the DACs **103**A to **103**H is an 18-bit data packet including one start bit S, four address bits A**0** to A**3**, four sub-address bits SA to SD, one data header bit A, and six gamma data bits D**0** to D**5**. The start bit S indicates a start of the data packet. The address bits A**0** to A**3**assign each of the DACs **103**A /to **103**H, while the sub-address bits SA to SD assign each address in the DACs **103**A to **103**H. The header bit A indicates an initiation of the gamma data bits D**0** to D**5**. The DACs **103**A to **103**H interpret serial gamma data from the data receiver **101**and output eight gamma reference voltages GMA1 to GMA8 assigned by the gamma data." Ex. 1007 at [0058]<br><br>FIG.11<br><br>\| S \| A3 A2 A1 A0 SD SC SB SA \| A \| X  X  D5 D4 D3 D2 D1 D0 \|<br><br>S=START CONDITION ,A3~A0=ADDRESS BIT, SC~SA=SUBADDRESS BIT<br>A=HEADER BIT,    D5~D0=DATA BIT |

36

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Kang* |
|---|---|
| **1e.** wherein said voltage signals are gamma reference voltage signals for determining actual driving voltages of columns of a display, | Kang discloses, *e.g.*:<br><br>"the gamma voltage correcting apparatus further includes a column driver for correcting the video data using the gamma voltage from the multi-channel gamma voltage generator and supplying it to the data lines." Ex. 1007 at [0022].<br><br>"By utilizing the selected gamma data, the multi-mode gamma voltage generator 84 divides a gamma voltage into a gray level range to be displayed and applies it to the column driver 83." Ex. 1007 at [0049].<br><br> |
| **1f.** wherein said non-volatile storage cells are organized into two or more banks of cells wherein each bank contains a predetermined gamma reference voltage signal display condition; | Kang discloses, *e.g.*:<br><br>"In order to achieve these and other objects of the invention, a gamma voltage correcting apparatus for a liquid crystal display according to one aspect of the present invention includes memory means for storing a gamma data for controlling a gamma voltage for each of at least two modes." Ex. 1007 at [0022]. |

37

WISTRON CORP. EXHIBIT 1002
Page 40 of 171

| Claim 1 of the '305 Patent | *Kang* |
|---|---|
|  | "Also, the multi-mode gamma voltage generator 84 is connected to a user interface, for example, an on screen display key on a case, a remote control, a mouse, or a keyboard to select a specified mode gamma data in accordance with an instruction from a user." Ex. 1007 at [0049]. <br><br> "An example of the gamma reference voltages GMA1 to GMA8 for each mode, Modes A to D, output from the DACs 103A to 103H is given by the following table: <br><br> **TABLE 1** <br><br> <table><tr><td>Mode Gamma</td><td>Mode A</td><td>Mode B</td><td>Mode C</td><td>Mode D</td></tr><tr><td>GMA 1</td><td>0.1875</td><td>0.3750</td><td>0.5625</td><td>0.7500</td></tr><tr><td>GMA 2</td><td>1.8750</td><td>2.0625</td><td>2.2500</td><td>2.4375</td></tr><tr><td>GMA 3</td><td>3.3750</td><td>3.5625</td><td>3.7500</td><td>3.9375</td></tr></table> <br> **TABLE 1-continued** <br> <table><tr><td>Mode Gamma</td><td>Mode A</td><td>Mode B</td><td>Mode C</td><td>Mode D</td></tr><tr><td>GMA 4</td><td>5.0625</td><td>5.2500</td><td>5.4375</td><td>5.6250</td></tr><tr><td>GMA 5</td><td>6.7500</td><td>6.9375</td><td>7.1250</td><td>7.3125</td></tr><tr><td>GMA 6</td><td>8.4375</td><td>8.6250</td><td>8.8125</td><td>9.0000</td></tr><tr><td>GMA 7</td><td>10.1250</td><td>10.3125</td><td>10.5000</td><td>10.6875</td></tr><tr><td>GMA 8</td><td>11.8125</td><td>11.6250</td><td>11.4375</td><td>11.2500</td></tr></table> <br> Ex. 1007 at [0059]. <br><br> "As seen from Table 1 and FIG. 10, the DACs 103A to 103H output specified mode gamma reference voltages GMA1 to GMA8 in accordance with a logical value of the gamma data. In the case of outputting a gamma reference voltage in the Mode A, the first DAC 103A responds to a gamma data '000001' to select 0.1 875 V in the reference voltages from the reference voltage generator 102 while the second to eighth DACs 103B to 103H output other gamma reference voltages GMA2 and GMA8 in the Mode A, respectively." Ex. 1007 at |

38

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | Kang |
|---|---|
| | [0060]. |
| **1g.** and means to switch between the banks based on one or more external signals is provided on said integrated circuit. | Kang discloses, *e.g.*:<br><br>"In order to achieve these and other objects of the invention, a gamma voltage correcting apparatus for a liquid crystal display according to one aspect of the present invention includes memory means for storing a gamma data for controlling a gamma voltage for each of at least two modes; control means for accessing the gamma data for each mode in response to an instruction from a user; and multi-channel gamma voltage generator for responding to gamma data in a mode selected by the control means to generate n gamma voltages (wherein n is an integer) having a different voltage level indicating by the gamma data in the selected mode." Ex. 1007 at [0022].<br><br>"Also, the multi-mode gamma voltage generator 84 is connected to a user interface, for example, an on screen display key on a case, a remote control, a mouse, or a keyboard to select a specified mode gamma data in accordance with an instruction from a user." Ex. 1007 at [0049].<br><br>"An example of the gamma reference voltages GMA1 to GMA8 for each mode, Modes A to D, output from the DACs 103A to 103H is given by the following table: |

39

WISTRON CORP. EXHIBIT 1002
Page 42 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Kang* |
|---|---|
| | TABLE 1

| Mode Gamma | Mode A | Mode B | Mode C | Mode D |
|---|---|---|---|---|
| GMA 1 | 0.1875 | 0.3750 | 0.5625 | 0.7500 |
| GMA 2 | 1.8750 | 2.0625 | 2.2500 | 2.4375 |
| GMA 3 | 3.3750 | 3.5625 | 3.7500 | 3.9375 |

TABLE 1-continued

| Mode Gamma | Mode A | Mode B | Mode C | Mode D |
|---|---|---|---|---|
| GMA 4 | 5.0625 | 5.2500 | 5.4375 | 5.6250 |
| GMA 5 | 6.7500 | 6.9375 | 7.1250 | 7.3125 |
| GMA 6 | 8.4375 | 8.6250 | 8.8125 | 9.0000 |
| GMA 7 | 10.1250 | 10.3125 | 10.5000 | 10.6875 |
| GMA 8 | 11.8125 | 11.6250 | 11.4375 | 11.2500 |

Ex. 1007 at [0059].

"As seen from Table 1 and FIG. 10, the DACs 103A to 103H output specified mode gamma reference voltages GMA1 to GMA8 in accordance with a logical value of the gamma data. In the case of outputting a gamma reference voltage in the Mode A, the first DAC 103A responds to a gamma data '000001' to select 0.1 875 V in the reference voltages from the reference voltage generator 102 while the second to eighth DACs 103B to 103H output other gamma reference voltages GMA2 and GMA8 in the Mode A, respectively." Ex. 1007 at [0060]. |

### 2. Claim 2 is obvious in view of Kang

62. Claim 2 of the '305 Patent depends from claim 1 and is obvious in view of the teachings of Kang. The additional limitation of claim 2 is reproduced below for reference:

40

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

2. The integrated circuit of claim 1 wherein said non-volatile storage cells are reprogrammable.

63.    Kang teaches that the non-volatile storage cells (memory 92) are reprogrammable to achieve different performance: "The memory **92** *is changeable* with peripheral equipment and stored therein is a multi-mode gamma data set in consideration of a liquid crystal display characteristic. The gamma data can be experimentally determined to provide a normal picture quality on the liquid crystal panel **86** after displaying signals from the changeable peripheral equipment. Such gamma data is input to the multi-channel DAC **93** as a desired bit (e.g., 6-bit) serial input data to indicate a gamma reference voltage for each mode. *The memory **92** is preferably implemented with EEPROM or EPROM, etc.*" (*See* Ex. 1007 at [0053], *emphasis* added).  Further, as shown in Figure 9 of Kang, the user has complete control of the multi-mode gamma controller through the user interface **100**.  Since the memory is of the type that can be reprogrammed (EEPROM, EPROM, etc.), a POSITA in 2003 would conclude that the memory of Kang is reprogrammable.[8]

64.    In light of the above, the table below demonstrates how each limitation of claim 2 of the '305 Patent is rendered obvious by Kang (Ex. 1007). For all these reasons, it is my opinion that claim 2 of the '305 Patent is

---

[8]  Ex. 1014 ("Introduction to Flash Memory," R. Bez et al., PROC. IEEE, **91** (4), April 2003).

41

WISTRON CORP. EXHIBIT 1002
Page 44 of 171

unpatentable in view of Kang.

| Claim 2 of the '305 Patent | *Kang* |
|---|---|
| **2.** The integrated circuit of claim 1 wherein said non-volatile storage cells are reprogrammable. | Kang discloses, *e.g.*: "The memory **92** is changeable with peripheral equipment and stored therein is a multi-mode gamma data set in consideration of a liquid crystal display characteristic. The gamma data can be experimentally determined to provide a normal picture quality on the liquid crystal panel **86** after displaying signals from the changeable peripheral equipment. Such gamma data is input to the multi-channel DAC **93** as a desired bit (e.g., 6-bit) serial input data to indicate a gamma reference voltage for each mode. The memory **92** is preferably implemented with EEPROM or EPROM, etc." Ex. 1007 at [0022]. "The gamma controller 91 is connected between the user interface 100 and the memory 92 to control the memory 92 in accordance with a user instruction from the user interface 100. To this end, the gamma controller 91 is connected to the user interface 100 by a wire or wireless system and is connected, via an I2C (for example), to the memory 92 to thereby apply I2C data interpreting the user instruction and an I2C clock to the memory 92. The gamma controller 91 is preferably implemented with a microcomputer." Ex. 1007 at [0052]. "The memory 92 is changeable with peripheral equipment and stored therein is a multi-mode gamma data set in consideration of a liquid crystal display characteristic. The gamma data can be experimentally determined to provide a normal picture quality on the liquid crystal panel 86 after displaying signals from the changeable peripheral equipment. Such gamma data is |

42

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 2 of the '305 Patent | *Kang* |
|---|---|
| | input to the multi-channel DAC 93 as a desired bit (e.g., 6-bit) serial input data to indicate a gamma reference voltage for each mode. The memory 92 is preferably implemented with EEPROM or EPROM, etc." Ex. 1007 at [0053]. |

### 3.    Claim 4 is obvious in view of Kang

65.    Claim 4 of the '305 Patent depends from claim 1 and is obvious in view of the teachings of Kang. The additional limitation of claim 4 is reproduced below for reference:

> 4. The integrated circuit of claim 1 wherein said non-volatile storage cells hold analog voltage values which are a constant fraction of said gamma reference voltage signals.

66.    Kang discloses an architecture where gamma voltage data is stored in nonvolatile memory **92** and then is output to the digital data receiver **101** in the multi-channel DAC **93**.  It is converted to analog gamma voltages by DACs **103** based on voltages from the reference voltage generator **102**.  (*See* Ex. 1007 at Figure 10, reproduced below).  "Referring to FIG. 10, the multi-channel DAC **93** is supplied with a driving voltage Vcc and a ground voltage GND, and includes: a data receiver **101** to which a serial gamma data signal, Serial Data, and a clock signal, Serial Clock, are input from the memory **92**; a reference voltage

43

generator **102** to which a supply voltage $V_{dd}$ is input; and a plurality of digital to analog converters (DACs) commonly connected to the data receiver **101** and the reference voltage generator **102**." (*See* Ex. 1007 at [0056]). The analog voltage values stored in memory are converted to analog voltages that are scaled by the gamma reference voltage supplied by reference voltage generator **102**. Thus, the stored values in memory are a "constant fraction" of the "gamma reference voltage signals." This is further illustrated in Table 2-1 (*see* Ex. 1007 at [0061]); the gamma reference voltage signals are expressed as $n*V_{ref}/64$ (6-bit system), where n is a value from 1 to 64. For example, for n=10, V=1.875V for $V_{ref}$=12V. If $V_{ref}$=6V, then V=0.9375V or a "constant fraction" of 0.5.



(Ex. 1007 at Fig. 10 (annotated)).

44

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

67.   In light of the above, the table below demonstrates how each limitation of claim 4 of the '305 Patent is rendered obvious by Kang (Ex. 1007). For all these reasons, it is my opinion that claim 4 of the '305 Patent is unpatentable in view of Kang.

| Claim 4 of the '305 Patent | Kang |
|---|---|
| **4.** The integrated circuit of claim 1 wherein said non-volatile storage cells hold analog voltage values which are a constant fraction of said gamma reference voltage signals. | Kang discloses, *e.g.*:<br><br>"Referring to FIG. 10, the multi-channel DAC **93** is supplied with a driving voltage Vcc and a ground voltage GND, and includes: a data receiver **101** to which a serial gamma data signal, Serial Data, and a clock signal, Serial Clock, are input from the memory **92**; a reference voltage generator **102** to which a supply voltage $V_{dd}$ is input; and a plurality of digital to analog converters (DACs) commonly connected to the data receiver **101** and the reference voltage generator **102**." Ex. 1007 at [0056].<br><br><br><br>"The gamma reference voltages GMA1 to GMA8 |

45

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 4 of the '305 Patent | Kang |
|---|---|
| | selected for each mode A to D in this manner are divided into 64 gamma voltages by means of the gamma voltage output 95. The gamma voltages in the Mode A are given by the following tables 2-1 and 2-2: |

Table 2-1

| Gamma Data | DAC Output | DAC Output(V) when Vref = 12 V |
|---|---|---|
| 0 0 0 0 0 0 | Vss | 0.0000 |
| 0 0 0 0 0 1 | Vref/64 | 0.1875 |
| 0 0 0 0 1 0 | 2Vref/64 | 0.3750 |
| 0 0 0 0 1 1 | 3Vref/64 | 0.5625 |
| 0 0 0 1 0 0 | 4Vref/64 | 0.7500 |
| 0 0 0 1 0 1 | 5Vref/64 | 0.9375 |
| 0 0 0 1 1 0 | 6Vref/64 | 1.1250 |
| 0 0 0 1 1 1 | 7Vref/64 | 1.3125 |
| 0 0 1 0 0 0 | 8Vref/64 | 1.5000 |
| 0 0 1 0 0 1 | 9Vref/64 | 1.6875 |
| 0 0 1 0 1 0 | 10Vref/64 | 1.8750 |
| 0 0 1 0 1 1 | 11Vref/64 | 2.0625 |
| 0 0 1 1 0 0 | 12Vref/64 | 2.2500 |
| 0 0 1 1 0 1 | 13Vref/64 | 2.4375 |
| 0 0 1 1 1 0 | 14Vref/64 | 2.6250 |
| 0 0 1 1 1 1 | 15Vref/64 | 2.8125 |
| 0 1 0 0 0 0 | 16Vref/64 | 3.0000 |
| 0 1 0 0 0 1 | 17Vref/64 | 3.1875 |
| 0 1 0 0 1 0 | 18Vref/64 | 3.3750 |
| 0 1 0 0 1 1 | 19Vref/64 | 3.5625 |
| 0 1 0 1 0 0 | 20Vref/64 | 3.7500 |
| 0 1 0 1 0 1 | 21Vref/64 | 3.9375 |
| 0 1 0 1 1 0 | 22Vref/64 | 4.1250 |
| 0 1 0 1 1 1 | 23Vref/64 | 4.3125 |
| 0 1 1 0 0 0 | 24Vref/64 | 4.5000 |
| 0 1 1 0 0 1 | 25Vref/64 | 4.6875 |
| 0 1 1 0 1 0 | 26Vref/64 | 4.8750 |
| 0 1 1 0 1 1 | 27Vref/64 | 5.0625 |
| 0 1 1 1 0 0 | 28Vref/64 | 5.2500 |
| 0 1 1 1 0 1 | 29Vref/64 | 5.4375 |
| 0 1 1 1 1 0 | 30Vref/64 | 5.6250 |
| 0 1 1 1 1 1 | 31Vref/64 | 5.8125 |
| 1 0 0 0 0 0 | 32Vref/64 | 6.0000 |
| 1 0 0 0 0 1 | 33Vref/64 | 6.1875 |
| 1 0 0 0 1 0 | 34Vref/64 | 6.3750 |
| 1 0 0 0 1 1 | 35Vref/64 | 6.5625 |
| 1 0 0 1 0 0 | 36Vref/64 | 6.7500 |
| 1 0 0 1 0 1 | 37Vref/64 | 6.9375 |
| 1 0 0 1 1 0 | 38Vref/64 | 7.1250 |

46

| Claim 4 of the '305 Patent | *Kang* |
|---|---|
| | Table 2-1-continued<br><br>| Gamma Data | DAC Output | DAC Output(V) when Vref = 12 V |<br>|---|---|---|<br>| 1 0 0 1 1 1 | 39Vref/64 | 7.3125 |<br>| 1 0 1 0 0 0 | 40Vref/64 | 7.5000 |<br>| 1 0 1 0 0 1 | 41Vref/64 | 7.6875 |<br>| 1 0 1 0 1 0 | 42Vref/64 | 7.8750 |<br>| 1 0 1 0 1 1 | 43Vref/64 | 8.0625 |<br>| 1 0 1 1 0 0 | 44Vref/64 | 8.2500 |<br>| 1 0 1 1 0 1 | 45Vref/64 | 8.4375 |<br>| 1 0 1 1 1 0 | 46Vref/64 | 8.6250 |<br>| 1 0 1 1 1 1 | 47Vref/64 | 8.8125 |<br>| 1 1 0 0 0 0 | 48Vref/64 | 9.0000 |<br>| 1 1 0 0 0 1 | 49Vref/64 | 9.1875 |<br>| 1 1 0 0 1 0 | 50Vref/64 | 9.3750 |<br>| 1 1 0 0 1 1 | 51Vref/64 | 9.5625 |<br>| 1 1 0 1 0 0 | 52Vref/64 | 9.7500 |<br>| 1 1 0 1 0 1 | 53Vref/64 | 9.9375 |<br>| 1 1 0 1 1 0 | 54Vref/64 | 10.1250 |<br>| 1 1 0 1 1 1 | 55Vref/64 | 10.3125 |<br>| 1 1 1 0 0 0 | 56Vref/64 | 10.4500 |<br>| 1 1 1 0 0 1 | 57Vref/64 | 10.6875 |<br>| 1 1 1 0 1 0 | 58Vref/64 | 10.8750 |<br>| 1 1 1 0 1 1 | 59Vref/64 | 11.0625 |<br>| 1 1 1 1 0 0 | 60Vref/64 | 11.2500 |<br>| 1 1 1 1 0 1 | 61Vref/64 | 11.4375 |<br>| 1 1 1 1 1 0 | 62Vref/64 | 11.6250 |<br>| 1 1 1 1 1 1 | 64Vref/64 | 11.8125 |<br><br>Ex. 1007 at [0061]. |

### 4.    Claim 5 is obvious in view of Kang

68.    Claim 5 of the '305 Patent depends from claim 1 and is obvious in view of the teachings of Kang. The additional limitation of claim 5 is reproduced below for reference:

5. The integrated circuit of claim 1 wherein said circuits for programming require an external source for the high voltage programming means.

69.    Kang teaches an integrated circuit, as previously discussed in claim 1, that has an EEPROM or EPROM to store gamma data.  (*See* Ex. 1007 at

47

WISTRON CORP. EXHIBIT 1002
Page 50 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

[0053]).  As a POSITA in 2003 would have known, the voltages required to program an EEPROM are a high voltage supplied to the IC; any programming voltage can be provided externally or generated internally by the IC.[9]  For example, the Atmel AT28C16 is a typical EEPROM available in 1998.[10]  It requires an external source of 5V (a "high voltage") for operation and for programming.   Kang teaches a EEPROM for the storage cells and typical EEPROM ICs in 2003 required a high voltage input of 5V;[11] therefore Kang teaches "circuits for programming [that] require an external source for the high voltage programming means," namely the 5V supply.

70.    In light of the above, the table below demonstrates how each limitation of claim 5 of the '305 Patent is rendered obvious by Kang (Ex. 1007).  For all these reasons, it is my opinion that claim 5 of the '305 Patent is unpatentable in view of Kang.

| Claim 5 of the '305 Patent | Kang |
|---|---|
| **5.** The integrated circuit of claim 1 wherein said circuits for programming require an external source for the | Kang discloses, *e.g.*:<br><br>"The gamma controller 91 is connected between the user interface 100 and the memory 92 to control the memory 92 in accordance with a user instruction from |

---

[9]  *See* Ex. 1015 (B. Dipert and M. Levy, "Designing with Flash Memory," p.79 (1994)).
[10]  *See* Ex. 1016 (Atmel AT28C16 spec sheet (1998)).
[11]  Ex. 1016.

48

WISTRON CORP. EXHIBIT 1002
Page 51 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| **Claim 5 of the '305 Patent** | *Kang* |
|---|---|
| high voltage programming means. | the user interface 100. To this end, the gamma controller 91 is connected to the user interface 100 by a wire or wireless system and is connected, via an I2C (for example), to the memory 92 to thereby apply I2C data interpreting the user instruction and an I2C clock to the memory 92. The gamma controller 91 is preferably implemented with a microcomputer." Ex. 1007 at [0052].<br><br>"The memory 92 is changeable with peripheral equipment and stored therein is a multi-mode gamma data set in consideration of a liquid crystal display characteristic. The gamma data can be experimentally determined to provide a normal picture quality on the liquid crystal panel 86 after displaying signals from the changeable peripheral equipment. Such gamma data is input to the multi-channel DAC 93 as a desired bit (e.g., 6-bit) serial input data to indicate a gamma reference voltage for each mode. The memory 92 is preferably implemented with EEPROM or EPROM, etc." Ex. 1007 at [0053]. |

49

**B.      Ground 2:  Obvious in view of Da Costa**

71.      I am of the opinion that claims 1, 2, 4 and 5 of the '305 Patent are obvious in view of the teachings of Da Costa and the general knowledge individuals of ordinary skill the art would have possessed in June 2003.

72.      Da Costa is entitled "System and Method for Controlling an Active Matrix Display." (*See* Ex. 1008 at Title).  Da Costa issued as a patent on August 8, 2000 from a US application filed on August 11, 1997, which was based on a Provisional Application No. 60/025,070 filed August 28, 1996.  (*See* Ex. 1008 at Cover).

73.      Da Costa discloses a smart controller chip for controlling an active matrix display that includes circuitry for the "control of the analog aspects of the panel, like display gamma." (*See* Ex. 1008 at Abstract).   Further, Da Costa teaches "analog reference levels and the digital signals are made programmable using registers internal to the controller chip. The contents of these registers are programmed initially by digital values stored in an external PROM or in flash memory integrated into the controller chip. In addition, software in a host system is able to program these registers via an interface between the host system and the controller chip." (*See* Ex. 1008 at Abstract).   Thus, Da Costa teaches all the elements of the '305 Patent, namely non-volatile memory that contains gamma voltage values and that can be selected to provide gamma reference voltages to the

50

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

display. The analog and digital circuitry is contained within one IC, which also includes timing control signals for the display.

### 1.     Claim 1 is obvious in view of Da Costa

74.     Claim 1 of the '305 Patent is obvious in view of Da Costa. The various elements of claim 1 are outlined above and will not be repeated here.

75.     The preamble of claim 1 (element 1[pre]) requires "An integrated circuit for producing voltage signals on a plurality of outputs." Da Costa discloses such an integrated circuit: "[t]he system and method includes the use of a *"smart" controller chip.* Analog circuitry for generating analog reference levels is incorporated alongside the digital circuitry within the smart controller chip. The combination of D/A analog circuitry and standard digital logic makes the controller uniquely suited for addressing all the panel control needs both for the normal digital functions but also for control of the analog aspects of the panel, like display gamma." (*See* Ex. 1008 at 2:33–41, *emphasis* added). Memory can be external or may be included on the IC: "the same smart controller chip is used in conjunction with an appropriate PROM whose programming matches the specific display system. Alternatively, these registers may be programmed initially by digital values stored in flash memory integrated into the smart controller chip." (*See* Ex. 1008 at 2:55–59). The architecture of the integrated circuit (smart

51

controller **202**) to produce voltage signals is shown in Figure 4A below. Thus, Da Costa discloses "an integrated circuit" **202** that produces a plurality of voltage signals **120** and element 1[pre] is satisfied.



**FIG. 4A**

(Ex. 1008 at Fig. 4A.)

76.    The first element of claim 1 (element 1[a]) requires a plurality of non-volatile storage cells. As previously stated, non-volatile storage cells can be analog or digital and are memory storage elements that can retain information when the power is turned off. Examples include EEPROM, EPROM, flash, etc.[12]

Da Costa discloses that the smart controller **202**, shown in Figure 4a above, can

----

[12] Ex. 1014 ("Introduction to Flash Memory," R. Bez et al., PROC. IEEE, **91** (4), April 2003).

WISTRON CORP. EXHIBIT 1002
Page 55 of 171

include flash memory **303**, which is a form of non-volatile memory. Thus, the memory 303 contains non-volatile storage cells and element 1[a] is satisfied.

77. Element 1[b] requires "circuits for programming coupled to a multiplexer for addressing and programming said storage cells, wherein the addressing is based on a plurality of inputs." Da Costa discloses a smart controller that includes flash memory 303, which is an array of nonvolatile storage cells, that contain preprogrammed gamma data. "Various gamma curves may also be preprogrammed into the smart controller chip (**202** or **302**) by the manufacturer (see curve A, curve B, etc. in FIGS. 7A and 7B)." (*See* Ex. 1008 at 11:29–32). In order to program the smart controller chip, multiple address lines ("a plurality of inputs") are required to determine where to store the data in flash memory **303.** (*See* Section V.C above).

78. Da Costa's smart controller **202** or **302** includes register input **408** to program the memory and registers with a serial bus **204**: "Register input circuitry **408** may receive digital values via the first serial bus **204** from the external PROM **206** and via the second serial bus **208** from the host system **105**. The register input circuitry **408** is connected via lines **409** to the registers **410**. Alternatively, the register input circuitry **408** may receive digital values from the flash memory **303**." (*See* Ex. 1008 at 6:56–61). While Da Costa does not explicitly describe the programming of the flash memory **303**, it would have been obvious to a POSITA

53

in 2003 that the host **105** and the register input **408** would be used to program the on-chip flash; otherwise, no data would be available to generate the gamma voltages **120** (*see* Figure 4 above).  Thus, element 1[b] is satisfied.

79.   The next element 1[c] requires "drivers connected to said storage cells and to the plurality of outputs."  The term "drivers" can have several meanings to a POSITA in 2003; for example, it may refer to the source drivers **240** of the display shown in Figure 2 in the '305 Patent, or it can refer to the buffers **330-337** shown in Figure 3 of the '305 Patent.  Da Costa discloses in Figure 4A (above) that the source drivers **108** are connected to the smart controller **202** (first definition of "drivers") and that the storage cells **303** are connected through the registers **410** and MUX **413** to the high-power analog output [drivers] **416** (second definition of "drivers").  (Ex. 1008 at Fig. 4).  Thus, buffer drivers **330-337** are connected to storage cells **303** and to a plurality of outputs, and therefore element 1[c] is satisfied.

80.   Next, 1[d] requires "the plurality of inputs connected to said multiplexer for addressing said storage cells."  The multiplexer is the device of 1[b] that selects where the data is written into the storage cells.  Da Costa discloses that the smart controller can be programmed with gamma data into the flash memory **303**; it would have been obvious to a POSITA in 2003 that the flash memory **303** contains row and column decoders connected to the "plurality of

54

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

inputs" to store data in the correct storage cells.[13] (*See* Section V.C and claim element 1[b] above); thus element 1[d] is satisfied.

81.    Element 1[e] requires that "voltage signals are gamma reference voltage signals for determining actual driving voltages of columns of a display." Da Costa discloses that the smart controller **202** provides analog outputs to control gamma; these are the gamma reference voltage signals used to determine actual driving voltages of columns of the display: "The combination of D/A analog circuitry and standard digital logic makes the controller uniquely suited for addressing all the panel control needs both for the normal digital functions but also for control of the analog aspects of the panel, like *display gamma*. The analog reference levels and the digital signals are made programmable using registers internal to the controller chip. (*See* Ex. 1008 at Abstract, *emphasis* added). Further, Da Costa states that the "analog reference levels (A0, A1, . . ., AX) should be of sufficiently high resolution in order to be able to properly compensate for the non-linearity of the transfer curve of the liquid crystal." (See Ex. 1008 at 10:42–46). From the teachings of Da Costa, these analog voltages are gamma voltages used to determine actual driving voltages to the display; thus element 1[e] is satisfied.

82.    The next element 1[f] requires that "said non-volatile storage cells

---

[13] Ex. 1016 (Atmel AT28C16 spec sheet (1998)).

55

WISTRON CORP. EXHIBIT 1002
Page 58 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

are organized into two or more banks of cells wherein each bank contains a predetermined gamma reference voltage signal display condition." Da Costa discloses a system that can contain up to 10 separate gamma curves in memory, i.e., non-volatile storage cells; each curve contains predetermined gamma reference voltage signal display condition. The architecture of the multiple banks of predetermined gamma curves is shown in Figure 7A below. Two MUX circuits are shown; MUX **704** selects either positive or negative gamma curves and MUX **706** selects one of 5 gamma curves, labeled Curve A, Curve B, …, Curve E. The gamma curves are stored in memory **303** and transmitted to registers **410** through bus **409**. (*See* Ex. 1008 at Figure 4A). Curves A through E are "two or more banks" containing "gamma reference voltage signal display conditions" and therefore claim element 1[f] is satisfied.

56

WISTRON CORP. EXHIBIT 1002
Page 59 of 171



FIG. 7A

(Ex. 1008 at Fig. 7A.)

83.   The last element 1[g] requires "means to switch between the banks based on one or more external signals is provided on said integrated circuit."  Da Costa discloses in Figure 7A (above) the means to switch between banks of data by selecting values for MUX **704** and MUX **706** via lines **414** and chip control circuitry **406**.  (*See* Ex. 1008 at Fig. 4A).  Furthermore, Da Costa discloses "the second serial bus **208** is used to communicate information between the first smart

57

controller **202** and *the host system 105*. Using this communication channel, software in the host system **105** is able to dynamically modify the analog reference levels and the column and row control signals output by the first smart controller 202." (*See* Ex. 1008 at 5:1–6, emphasis added). Thus, Da Costa teaches a means to switch between banks (using control circuitry **406**) based on external input from host **105** and element 1[g] is satisfied.



(Ex. 1008 at Fig. 4A (annotated)).

84. In light of the above, the table below demonstrates how each limitation of claim 1 of the '305 Patent is rendered obvious by Da Costa (Ex. 1008). For all these reasons, it is my opinion that claim 1 of the '305 Patent is

58

WISTRON CORP. EXHIBIT 1002
Page 61 of 171

unpatentable in view of Da Costa.

| Claim 1 of the '305 Patent | *Da Costa* |
|---|---|
| **1pre**. An integrated circuit for producing voltage signals on a plurality of outputs comprising: | To the extent the preamble is limiting, Da Costa discloses, *e.g.*:<br><br>"A smart controller chip for controlling an active matrix display. Within the controller chip, circuitry for generating analog reference levels is incorporated alongside circuitry for generating digital timing and control signals. The combination of D/A analog circuitry and standard digital logic makes the controller uniquely suited for addressing all the panel control needs both for the normal digital functions but also for control of the analog aspects of the panel, like display gamma. The analog reference levels and the digital signals are made programmable using registers internal to the controller chip." Ex. 1008 at Abstract.<br><br>"Analog circuitry for generating analog reference levels is incorporated alongside the digital circuitry within the smart controller chip. The combination of D/A analog circuitry and standard digital logic makes the controller uniquely suited for addressing all the panel control needs both for the normal digital functions but also for control of the analog aspects of the panel, like display gamma. Putting this analog control circuitry directly in a programmable control ASIC enables the analog functions of the panel to be controlled by software. Furthermore the elimination of the external reference circuitry reduces the complexity of manufacturing and assembling the display system." Ex. 1008 at 2:34–46.<br><br>"The same smart controller chip is used in conjunction with an appropriate PROM whose programming matches the specific display system. Alternatively, these registers may be programmed initially by digital values |

59

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Da Costa* |
|---|---|
| | stored in flash memory integrated into the smart controller chip." Da Costa at 2:55–59.<br><br>"High voltage column drivers have sufficient voltage range on their outputs that they can switch the polarity of the liquid crystal from voltages positive with reference to VCOM to voltages that are negative referenced to VCOM. These high voltage drives also have enough analog reference levels that both the positive and negative voltage levels are input to the column driver. Therefore the column driver itself can handle all the aspects of the LC inversion." Ex. 1008 at 4:15–23.<br><br><br><br>(Ex. 1008 at Fig. 4A). |
| **1a**. a plurality of non-volatile storage cells | Da Costa discloses, *e.g.*:<br><br>"FIG. 4A is a block diagram showing a more detailed view of the first smart controller 202 which is embedded in the first display control system 200. The first smart controller 202 includes data/sync input circuitry 402, |

60

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Da Costa* |
|---|---|
| | data output circuitry 404, chip control circuitry 406, register input circuitry 408, programmable registers 410, multiplexer circuitry 412, column control circuitry 419, row control circuitry 421, high-power analog output circuitry 416, and optionally flash memory 303." Ex. 1008 at 6:41–49.<br><br>"In addition, the smart controller chip includes internal programmable registers that may contain digital values that correspond to analog reference levels. The contents of these registers may be programmed initially by digital values stored in an external PROM. This design enables the smart controller chip to be flexible enough to apply to different systems without being redesigned. Instead of having to redesign a controller ASIC for each specific display system, the same smart controller chip is used in conjunction with an appropriate PROM whose programming matches the specific display system. Alternatively, these registers may be programmed initially by digital values stored in flash memory integrated into the smart controller chip." Ex. 1008 at 2:47–59. |
| **1b.** circuits for programming coupled to a multiplexer for addressing and programming said storage cells, wherein the addressing is based on a plurality of inputs; | Da Costa discloses, *e.g.*:<br><br>"In addition, the smart controller chip includes internal programmable registers that may contain digital values that correspond to analog reference levels." Ex. 1008 at 2:47–49.<br><br>"Register input circuitry **408** may receive digital values via the first serial bus **204** from the external PROM **206** and via the second serial bus **208** from the host system **105**. The register input circuitry **408** is connected via lines **409** to the registers **410**. Alternatively, the register input circuitry **408** may receive digital values from the |

61

WISTRON CORP. EXHIBIT 1002
Page 64 of 171

| Claim 1 of the '305 Patent | *Da Costa* |
|---|---|
| | flash memory **303**." Da Costa at 6:56–61. "By programming these registers with digital values which correspond to analog reference levels, the system software is able to dynamically modify operating characteristics of the display, such as the display gamma curve." Ex. 1008 at 2:63–66. "The registers 410 are connected via lines 411 to the chip control circuitry 406. The registers 410 are also connected via lines 412 to multiplexer (MUX) circuitry 413 which is in turn connected via lines 414 to the chip control circuitry 406 and via lines 415 to the high-power analog output circuitry 416." Ex. 1008 at 6:62–67. "FIG. 4A is a block diagram showing a more detailed view of the first smart controller 202 which is embedded in the first display control system 200. The first smart controller 202 includes data/sync input circuitry 402, data output circuitry 404, chip control circuitry 406, register input circuitry 408, programmable registers 410, multiplexer circuitry 412, column control circuitry 419, row control circuitry 421, high-power analog output circuitry 416, and optionally flash memory 303." Ex. 1008 at 6:41–49. |

62

| **Claim 1 of the '305 Patent** | ***Da Costa*** |
|---|---|
| | **FIG. 4A** <br><br> (Ex. 1008 at Fig. 4A). <br><br> "Various gamma curves may also be preprogrammed into the smart controller chip (**202** or **302**) by the manufacturer (see curve A, curve B, etc. in FIGS. 7A and 7B)." Ex. 1008 at 11:29–32. |
| **1c.** drivers connected to said storage cells and to the plurality of outputs; and | Da Costa discloses, *e.g.*: <br><br> "The first smart controller 202 in this system 200 drives relatively high-power programmable analog reference levels via lines 120 to the column drivers 108 without using the external reference circuitry 116 which is required in the conventional system 100. The elimination of the external reference circuitry 116 reduces the complexity of manufacturing and assembling the active matrix display system." Ex. 1008 at 4:50–55. <br><br> "Unlike in the first display control system 200, the external drive buffers 306 are required in the second display control system 300 to drive relatively high-power analog reference levels on lines 120 to the column drivers 108. The second smart controller 302 |

63

| **Claim 1 of the '305 Patent** | ***Da Costa*** |
|---|---|
| | outputs relatively low-power analog reference levels via lines 304 to the external drive buffers 306. The external drive buffers 306 receive the low-power analog reference levels and drive the high-power analog reference levels on lines 120 to the column drivers 108. Like the first display control system 200, the second display control system 300 has lower cost and complexity than the conventional display system 100 and outputs analog reference levels that are programmable by the controller 302 or the host system 105. An advantage of the second display control system 300 over the first display control system 200 is that the external buffers 306 may be readily changed in order to match their drive capability to the drive requirements of the particular column drivers 108 used." Ex. 1008 at 5:48–65.<br><br>"Controlling the gamma display through the analog reference levels for the column drivers is a superior way to control the display gamma and has a big advantage over control by the color look- up table (CLUT) method. Using color look-up tables to achieve non-linear gammas results in a large number of DAC values that have the same transmission value. This is a big price to pay in flat panel displays where the DAC value is typically limited to 64 levels. Instead, by adjusting the analog reference levels, all DAC values correspond to unique transmission values. Furthermore, using the method of adjusting the analog reference levels allows the analog reference levels to be set by software in the host system 105 so that the user may adjust the display gamma depending on the application in use. Various gamma curves may also be preprogrammed into the smart controller chip (202 or 302) by the manufacturer (see curve A, curve B, etc. in FIGS. 7A and 7B), and the software in the host system may simply select between |

64

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| **Claim 1 of the '305 Patent** | ***Da Costa*** |
|---|---|
| | the different preprogrammed curves." Ex. 1008 at 11:15–33. <br><br> <br><br> **FIG. 2** <br><br> Ex. 1008 at Fig. 2; s*ee also*, Figs. 3A, 3B, 4A, 4B. |
| **1d.** the plurality of inputs connected to said multiplexer for addressing said storage cells, | Da Costa discloses, *e.g.*: <br><br> "The registers 410 are connected via lines 411 to the chip control circuitry 406. The registers 410 are also connected via lines 412 to multiplexer (MUX) circuitry 413 which is in turn connected via lines 414 to the chip control circuitry 406 and via lines 415 to the high-power analog output circuitry 416." Ex. 1008 at 6:62–67. <br><br> "FIG. 4A is a block diagram showing a more detailed view of the first smart controller 202 which is embedded in the first display control system 200. The first smart controller 202 includes data/sync input circuitry 402, data output circuitry 404, chip control circuitry 406, register input circuitry 408, programmable registers 410, multiplexer circuitry 412, column control circuitry 419, |

65

WISTRON CORP. EXHIBIT 1002
Page 68 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Da Costa* |
|---|---|
| | row control circuitry 421, high-power analog output circuitry 416, and optionally flash memory 303." Ex. 1008 at 6:41–49.<br><br>"Each of these reference values, REF+ and REF-, is selected via lines 412 from among multiple digital values stored in one of 2(X+1) register files in programmable registers 410. The selection from among the multiple digital values in each register file may be performed by various means. For example, as shown in FIG. 7A, 2(X+1) 5:1 multiplexers 706 may be used where five is the number of digital values stored in each register file. These 5:1 multiplexers 706 are controlled by a curve selection (CUR) signal that is received via lines 414 from the chip control circuitry 406." Ex. 1008 at 9:1–11. |
| **1e.** wherein said voltage signals are gamma reference voltage signals for determining actual driving voltages of columns of a display, | Da Costa discloses, *e.g.*:<br><br>"The combination of D/A analog circuitry and standard digital logic makes the controller uniquely suited for addressing all the panel control needs both for the normal digital functions but also for control of the analog aspects of the panel, like *display gamma*. The analog reference levels and the digital signals are made programmable using registers internal to the controller chip." Ex. 1008 at Abstract.<br><br>"The first smart controller 202 in this system 200 drives relatively high-power programmable analog reference levels via lines 120 to the column drivers 108 without using the external reference circuitry 116 which is required in the conventional system 100. The elimination of the external reference circuitry 116 reduces the complexity of manufacturing and assembling the active matrix display system." Ex. 1008 |

66

WISTRON CORP. EXHIBIT 1002
Page 69 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Da Costa* |
|---|---|
| | at 4:50–55.<br><br>"Unlike in the first display control system 200, the external drive buffers 306 are required in the second display control system 300 to drive relatively high-power analog reference levels on lines 120 to the column drivers 108. The second smart controller 302 outputs relatively low-power analog reference levels via lines 304 to the external drive buffers 306. The external drive buffers 306 receive the low-power analog reference levels and drive the high-power analog reference levels on lines 120 to the column drivers 108. Like the first display control system 200, the second display control system 300 has lower cost and complexity than the conventional display system 100 and outputs analog reference levels that are programmable by the controller 302 or the host system 105. An advantage of the second display control system 300 over the first display control system 200 is that the external buffers 306 may be readily changed in order to match their drive capability to the drive requirements of the particular column drivers 108 used." Ex. 1008 at 5:48–65.<br><br>"The column driver (108 or 354) outputs a large number (p+1) of analog voltages that are applied via lines 109 to the column electrodes of the display 110. Each of the n-bit display data values is latched and converted using the X+1 analog reference levels to one of the p+1 analog voltages." Ex. 1008 at 8:30–34.<br><br>"analog reference levels (A0, A1, . . ., AX) should be of sufficiently high resolution in order to be able to properly compensate for the non-linearity of the transfer curve of the liquid crystal." Ex. 1008 at 10:42–46. |

67

WISTRON CORP. EXHIBIT 1002
Page 70 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| **Claim 1 of the '305 Patent** | ***Da Costa*** |
|---|---|
| | "Controlling the gamma display through the analog reference levels for the column drivers is a superior way to control the display gamma and has a big advantage over control by the color look- up table (CLUT) method. Using color look-up tables to achieve non-linear gammas results in a large number of DAC values that have the same transmission value. This is a big price to pay in flat panel displays where the DAC value is typically limited to 64 levels. Instead, by adjusting the analog reference levels, all DAC values correspond to unique transmission values. Furthermore, using the method of adjusting the analog reference levels allows the analog reference levels to be set by software in the host system 105 so that the user may adjust the display gamma depending on the application in use. Various gamma curves may also be preprogrammed into the smart controller chip (202 or 302) by the manufacturer (see curve A, curve B, etc. in FIGS. 7A and 7B), and the software in the host system may simply select between the different preprogrammed curves." Ex. 1008 at 11:15–33. <br><br> FIG. 2 <br><br> Ex. 1008 at Fig. 2; *see also*, Figs. 3A, 3B, 4A, 4B. |

68

WISTRON CORP. EXHIBIT 1002
Page 71 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Da Costa* |
|---|---|
| **1f.** wherein said non-volatile storage cells are organized into two or more banks of cells wherein each bank contains a predetermined gamma reference voltage signal display condition; | Da Costa discloses, *e.g.*:<br><br>"Various gamma curves may also be preprogrammed into the smart controller chip (202 or 302) by the manufacturer (see curve A, curve B, etc. in FIGS. 7A and 7B), and the software in the host system may simply select between the different preprogrammed curves." Ex. 1008 at 11:29–33.<br><br>"Each of these reference values, REF+ and REF—, is selected via lines 412 from among multiple digital values stored in one of 2(X+1) register files in programmable registers 410. The selection from among the multiple digital values in each register file may be performed by various means. For example, as shown in FIG. 7A, 2(X+1) 5:1 multiplexers 706 may be used where five is the number of digital values stored in each register file. These 5:1 multiplexers 706 are controlled by a curve selection (CUR) signal that is received via lines 414 from the chip control circuitry 406. Each of the digital values in a register file may correspond to a different transfer curve. Thus taken as a whole, the register files allow the smart controller (202 or 302) to store multiple transfer curves, denoted by curve A, curve B, curve C, etc." Ex. 1008 9:1-16. |

69

WISTRON CORP. EXHIBIT 1002
Page 72 of 171

| Claim 1 of the '305 Patent | Da Costa |
|---|---|
|  | Ex. 1008 at Fig. 7A. |

70

| Claim 1 of the '305 Patent | Da Costa |
|---|---|
| | Ex. 1008 at Fig. 7B. |
| **1g.** and means to switch between the banks based on one or more external signals is provided on said integrated circuit. | Da Costa discloses, *e.g.*: "Furthermore, the second serial bus 208 is used to communicate information between the first smart controller 202 and the host system 105. Using this communication channel, software in the host system 105 is able to dynamically modify the analog reference levels and the column and row control signals output by the first smart controller 202." Ex. 1008 at 5:1–6. "Various gamma curves may also be preprogrammed |

FIG. 7B

71

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Da Costa* |
|---|---|
| | into the smart controller chip (202 or 302) by the manufacturer (see curve A, curve B, etc. in FIGS. 7A and 7B), and the software in the host system may simply select between the different preprogrammed curves." Ex. 1008 at 11:29–33.<br><br>"An external signal input into the smart controller (202 or 302) may be used by the smart controller (202 or 302) to select between preprogrammed temperature-compensated gamma curves, or the system software in the host system 105 may change the analog reference levels." Ex. 1008 at 11:41–46. |

### 2.    Claim 2 is obvious in view of Da Costa

85.    Claim 2 of the '305 Patent depends from claim 1 and is obvious in view of the teachings of Da Costa.

86.    Da Costa discloses a smart controller that provides gamma voltages, which includes, optionally, internal flash memory. (*See* Ex. 1008 at Abstract).  As was well known in 2003 to a POSITA, flash memory is reprogrammable.[14]

87.    In light of the above, the table below demonstrates how each limitation of claim 2 of the '305 Patent is rendered obvious by Da Costa (Ex. 1008).  For all these reasons, it is my opinion that claim 2 of the '305 Patent is unpatentable in view of Da Costa.

---

[14] Ex. 1014 ("Introduction to Flash Memory," R. Bez et al., PROC. IEEE, **91** (4), April 2003).

72

WISTRON CORP. EXHIBIT 1002
Page 75 of 171

| Claim 2 of the '305 Patent | *Da Costa* |
|---|---|
| **2.** The integrated circuit of claim 1 wherein said non-volatile storage cells are reprogrammable. | Da Costa discloses, *e.g.*: "A smart controller chip for controlling an active matrix display. Within the controller chip, circuitry for generating analog reference levels is incorporated alongside circuitry for generating digital timing and control signals. The combination of D/A analog circuitry and standard digital logic makes the controller uniquely suited for addressing all the panel control needs both for the normal digital functions but also for control of the analog aspects of the panel, like display gamma. The analog reference levels and the digital signals are made programmable using registers internal to the controller chip. The contents of these registers are programmed initially by digital values stored in an external PROM or in flash memory integrated into the controller chip. In addition, software in a host system is able to program these registers via an interface between the host system and the controller chip." Ex. 1008 at Abstract. "Putting this analog control circuitry directly in a programmable control ASIC enables the analog functions of the panel to be controlled by software. Furthermore the elimination of the external reference circuitry reduces the complexity of manufacturing and assembling the display system. In addition, the smart controller chip includes internal programmable registers that may contain digital values that correspond to analog reference levels. The contents of these registers may be programmed initially by digital values stored in an external PROM. This design enables the smart controller chip to be flexible enough to apply to different systems without being redesigned.  Instead of having to redesign a controller ASIC for each specific display system, the same smart controller chip is used |

73

WISTRON CORP. EXHIBIT 1002
Page 76 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 2 of the '305 Patent | *Da Costa* |
|---|---|
| | in conjunction with an appropriate PROM whose programming matches the specific display system. Alternatively, these registers may be programmed initially by digital values stored in flash memory integrated into the smart controller chip. Software in the host system is also able to program the internal registers of the smart controller chip via an interface between the host system and the smart controller chip. By programming these registers with digital values which correspond to analog reference levels, the system software is able to dynamically modify operating characteristics of the display, such as the display gamma curve." Ex. 1008 at 2:41–66. |

### 3.     Claim 4 is obvious in view of Da Costa

88.     Claim 4 of the '305 Patent depends from claim 1 and is obvious in view of the teachings of Da Costa.

89.     Da Costa teaches that the non-volatile storage cells, i.e., the flash memory 303, hold a digital representation of the analog output voltages. Da Costa discloses that the "column driver (108 or 354) receives as input X+1 *analog reference levels (V0, V1, . . . , VX)* (either high-power or low-power) via lines (120 or 304), digital display data via lines 107, and control and timing signals via lines 106. The column driver (108 or 354) outputs a large number (p+1) of analog voltages that are applied via lines 109 to the column electrodes of the display 110. Each of the n-bit display data values is latched and converted using the X+1

74

analog reference levels to one of the p+1 analog voltages. In the conversion process the X+1 analog reference levels are typically used to approximate a non-linear transfer curve 602 of a liquid crystal display (LCD)." (*See* Ex. 1008 at 8:24–37; Fig. 5, *emphasis* added).  Further, "[t]hese reference voltages are the analog reference levels used by the column drivers (108 or 354) to convert the n-bit data values to the analog voltages that are applied via lines 109 to the column electrodes of the display 110." (*See* Ex. 1008 at 8:43–47).



FIG. 5

(Ex. 1008 at Fig. 5.)

90.    Da Costa also teaches that the "voltage range necessary nowadays for the *analog outputs is about 10V* because the full transfer curve (both positive and negative) of the liquid crystal must be spanned. For the case where the D/A converters 702 convert digital values to analog values linearly, the digital values must have at least 9 bits of precision because 10V/20 mV=500 and $2^9$ =512." (*See*

75

WISTRON CORP. EXHIBIT 1002
Page 78 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

Ex. 1008 at 9:39–45, emphasis added). In this example, the output voltages are thus $10V/2^9$, which is the constant fraction of said gamma reference voltage signals.

91. In light of the above, the table below demonstrates how each limitation of claim 4 of the '305 Patent is rendered obvious by Da Costa (Ex. 1007). For all these reasons, it is my opinion that claim 4 of the '305 Patent is unpatentable over Da Costa.

| Claim 4 of the '305 Patent | Kang |
|---|---|
| **4.** The integrated circuit of claim 1 wherein said non-volatile storage cells hold analog voltage values which are a constant fraction of said gamma reference voltage signals. | Da Costa discloses, *e.g.*:<br><br>"Analog circuitry for generating analog reference levels is incorporated alongside the digital circuitry within the smart controller chip. The combination of D/A analog circuitry and standard digital logic makes the controller uniquely suited for addressing all the panel control needs both for the normal digital functions but also for control of the analog aspects of the panel, like display gamma. Putting this analog control circuitry directly in a programmable control ASIC enables the analog functions of the panel to be controlled by software. Furthermore the elimination of the external reference circuitry reduces the complexity of manufacturing and assembling the display system." Ex. 1008 at 2:35–46.<br><br>"In addition, the smart controller chip includes internal programmable registers that may contain digital values that correspond to analog reference levels." Ex. 1008 at 2:47–49.<br><br>"By programming these registers with digital values which correspond to analog reference levels, the system software is |

76

WISTRON CORP. EXHIBIT 1002
Page 79 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 4 of the '305 Patent | *Kang* |
|---|---|
| | able to dynamically modify operating characteristics of the display, such as the display gamma curve." Ex. 1008 at 2:62–66.<br><br>"FIG. 5 is a schematic diagram showing the input/output of a column driver (108 or 354). The column driver (108 or 354) receives as input X+1 analog reference levels (V0, V1, . . . , VX) (either high-power or low-power) via lines (120 or 304), digital display data via lines 107, and control and timing signals via lines 106. The column driver (108 or 354) outputs a large number (p+1) of analog voltages that are applied via lines 109 to the column electrodes of the display 110. Each of the n-bit display data values is latched and converted using the X+1 analog reference levels to one of the p+1 analog voltages. In the conversion process the X+1 analog reference levels are typically used to approximate a non-linear transfer curve 602 of a liquid crystal display (LCD)." Ex. 1008 at 8:25–38.<br><br><br><br>Ex. 1008 at Fig. 5.<br><br>"These reference voltages are the analog reference levels used by the column drivers (108 or 354) to convert the n-bit data values to the analog voltages that are applied via lines |

77

| Claim 4 of the '305 Patent | *Kang* |
|---|---|
| | 109 to the column electrodes of the display 110." Ex. 1008 at 8:43–47. |
| | "Each of these reference values, REF+ and REF-, is selected via lines 412 from among multiple digital values stored in one of 2(X+1) register files in programmable registers 410. The selection from among the multiple digital values in each register file may be performed by various means. For example, as shown in FIG. 7A, 2(X+1) 5:1 multiplexers 706 may be used where five is the number of digital values stored in each register file. These 5:1 multiplexers 706 are controlled by a curve selection (CUR) signal that is received via lines 414 from the chip control circuitry 406." Ex. 1008 at 9:1–11; Figs. 4, 7. |
| | "Each of the digital values in a register file may correspond to a different transfer curve. Thus taken as a whole, the register files allow the smart controller (202 or 302) to store multiple transfer curves, denoted by curve A, curve B, curve C, etc." Ex. 1008 at 9:12–16. |
| | "The voltage range necessary nowadays for the analog outputs is about 10V because the full transfer curve (both positive and negative) of the liquid crystal must be spanned. For the case where the D/A converters 702 convert digital values to analog values linearly, the digital values must have at least 9 bits of precision because 10V/20 mV=500 and $2^9$ =512." Ex. 1008 at 9:38–45 |
| | "Finally, like in the first embodiment 700, the analog reference levels (A0, A1, . . . , AX) should be of sufficiently high resolution in order to be able to properly compensate for the non-linearity of the transfer curve of the liquid crystal. That is, the digital values in the register files should have a sufficient number of bits so that the analog outputs of |

78

| Claim 4 of the '305 Patent | *Kang* |
|---|---|
| | the D/A converters 702 may be adjusted to greater precision than the precision of the output of the column drivers (108 or 354)." Ex. 1008 at 10:42–50.<br><br>"Controlling the gamma display through the analog reference levels for the column drivers is a superior way to control the display gamma and has a big advantage over control by the color look- up table (CLUT) method. Using color look-up tables to achieve non-linear gammas results in a large number of DAC values that have the same transmission value. This is a big price to pay in flat panel displays where the DAC value is typically limited to 64 levels. Instead, by adjusting the analog reference levels, all DAC values correspond to unique transmission values. Furthermore, using the method of adjusting the analog reference levels allows the analog reference levels to be set by software in the host system 105 so that the user may adjust the display gamma depending on the application in use. Various gamma curves may also be preprogrammed into the smart controller chip (202 or 302) by the manufacturer (see curve A, curve B, etc. in FIGS. 7A and 7B), and the software in the host system may simply select between the different preprogrammed curves." Ex. 1008 at 11:15–33. |

### 4. Claim 5 is obvious in view of Da Costa

92. Claim 5 of the '305 Patent depends from claim 1 and is obvious in view of the teachings of Da Costa.

93. Da Costa teaches an integrated circuit, as previously discussed in claim 1, that has flash memory 303 to store gamma data. (*See* Ex. 1008 at 6:42–

WISTRON CORP. EXHIBIT 1002
Page 82 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

50). As a POSITA in 2003 would have known, the voltages required to program an EEPROM are a high voltage supplied to the IC; any programming voltage can be provided externally or generated internally by the IC.[15] For example, the Atmel AT28C16 is a typical EEPROM available in 1998.[16] It requires an external source of 5V (a "high voltage") for operation and for programming. Da Costa teaches a EEPROM for the storage cells and typical EEPROM ICs (e.g. Atmel AT28C16) in 2003 required a high voltage input of 5V; therefore Da Costa teaches "circuits for programming [that] require an external source for the high voltage programming means," namely the 5V supply.

94. In light of the above, the table below demonstrates how each limitation of claim 5 of the '305 Patent is rendered obvious by Da Costa (Ex. 1008). For all these reasons, it is my opinion that claim 5 of the '305 patent is unpatentable in view of Da Costa.

| Claim 5 of the '305 Patent | Da Costa |
|---|---|
| **5.** The integrated circuit of claim 1 wherein said circuits for programming require an external source for the high voltage | Da Costa discloses, *e.g.*:<br><br>"The first smart controller 202 includes data/sync input circuitry 402, data output circuitry 404, chip control circuitry 406, register input circuitry 408, programmable registers 410, multiplexer circuitry 412, |

---

[15] Ex. 1015 (B. Dipert and M. Levy, "Designing with Flash Memory," p.79 (1994)).

[16] Ex. 1016 (Atmel AT28C16 spec sheet (1998)).

80

WISTRON CORP. EXHIBIT 1002
Page 83 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| programming means. | column control circuitry 419, row control circuitry 421, high-power analog output circuitry 416, and optionally flash memory 303." Ex. 1008 at 6:44–50.<br><br>"Register input circuitry 408 may receive digital values via the first serial bus 204 from the external PROM 206 and via the second serial bus 208 from the host system 105. The register input circuitry 408 is connected via lines 409 to the registers 410. Alternatively, the register input circuitry 408 may receive digital values from the flash memory 303." Ex. 1008 at 6:56–61.<br><br>"The registers 410 are connected via lines 411 to the chip control circuitry 406. The registers 410 are also connected via lines 412 to multiplexer (MUX) circuitry 413 which is in turn connected via lines 414 to the chip control circuitry 406 and via lines 415 to the high-power analog output circuitry 416." Ex. 1008 at 6:62–67.<br><br>"Putting this analog control circuitry directly in a programmable control ASIC enables the analog functions of the panel to be controlled by software. Furthermore the elimination of the external reference circuitry reduces the complexity of manufacturing and assembling the display system. In addition, the smart controller chip includes internal programmable registers that may contain digital values that correspond to analog reference levels. The contents of these registers may be programmed initially by digital values stored in an external PROM. This design enables the smart controller chip to be flexible enough to apply to different systems without being redesigned. Instead of having to redesign a controller ASIC for each specific display system, the same smart controller chip is used in conjunction with an appropriate PROM whose programming matches the specific display system.  Alternatively, these registers may be |

81

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

|  | programmed initially by digital values stored in flash memory integrated into the smart controller chip. Software in the host system is also able to program the internal registers of the smart controller chip via an interface between the host system and the smart controller chip. By programming these registers with digital values which correspond to analog reference levels, the system software is able to dynamically modify operating characteristics of the display, such as the display gamma curve."  Ex. 1008 at 2:41–66. |

## C.   Ground 3:  Obvious in view of Petropoulos

95.   I am of the opinion that claims 1, 2 and 5 of the '305 Patent are obvious in view of the teachings of Petropoulos and the general knowledge individuals of ordinary skill the art would have possessed in June 2003.

96.   Petropoulos is entitled "Correction of Corrupted Elements in Sensors Using Analog/Multi-Level Non-Volatile Memory."  (*See* Ex. 1009 at Title).  It was filed in the US on Dec. 31, 1998 and was published on May 15, 2003.  (*See* Ex. 1009 at Cover).

97.   Petropoulos discloses a correction circuit that can be used to improve the performance of sensors and displays.  It uses programmable non-volatile analog memory to store correction data, e.g., gain or gamma.  Petropoulos teaches "modification or correction values are stored in a *programmable analog/multi-level non-volatile memory array*. These values are used to adjust associated outputs from elements of a sensor array for further processing to achieve a desired

82

WISTRON CORP. EXHIBIT 1002
Page 85 of 171

output. The modification values can be used for a variety of purposes, such as low or high offset voltage correction (by adding or subtracting, respectively, the corresponding modification value), low gain correction (by multiplying the corresponding modification value), or *gamma correction (by multiplying the corresponding gamma correction factor) for visual displays*." (*See* Ex. 1009 at [0012], *emphasis* added).  Further, "[d]ifferent types of modification include, but are not limited to, adding or subtracting an offset voltage, multiplying a gain voltage, and *multiplying a gamma correction voltage*." (*See* Ex. 1009 at [0027], *emphasis* added).  A focus of Petropoulos is to correct errors in sensors, but it discloses that the invention can be used to correct gamma for visual displays. (*See* Ex. 1009 at [0049–0050]).

### 1.    Claim 1 is obvious in view of Petropoulos

98.    Claim 1 of the '305 Patent is obvious in view of Petropoulos.

99.    The preamble of claim 1 (element 1[pre]) requires "An integrated circuit for producing voltage signals on a plurality of outputs."  Petropoulos discloses a circuit that processes analog signals from a sensor before outputting to a display or other device.  The process adds, subtracts, or multiplies analog signals from a sensor and outputs corrected values.  "The memory array can be programmed with data corresponding to desired modifications, such as low and high offset voltage correction, low gain correction, and gamma correction." (*See*

WISTRON CORP. EXHIBIT 1002
Page 86 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

Ex. 1009 at Abstract). Although Petropoulos doesn't explicitly state that the correction circuitry is integrated into an IC, it does say they are "coupled": "An (*sic*) signal processing system, comprising: a sensor, wherein the sensor outputs voltages forming an array of elements; an analog/multi-level memory array having memory cells corresponding to the array of elements; and *a modification circuit coupled to the sensor and the memory array*, wherein the modification circuit modifies voltages of the array of elements with corresponding voltages of the memory cells." (*See* Ex. 1009 at Claim 14, *emphasis* added).

100. It would have been obvious to a POSITA in 2003 to include the components on a single integrated circuit because, otherwise, it would be difficult to achieve high-fidelity output due to electrical noise. Petropoulos teaches that "the quality of the reproduced image is particularly important, especially in high-end imaging applications." (*See* Ex. 1009 at [0008]). Therefore, it is likely that the circuit to produce voltage signals on a plurality of outputs is integrated, and therefore element 1[pre] is satisfied.

101. The first element of claim 1 (element 1[a]) requires a plurality of non-volatile storage cells. As previously stated, non-volatile storage cells can be analog or digital and are memory storage elements that can retain information when the power is turned off. Petropoulos discloses an analog non-volatile memory array: "[a] method and system using a sensor array includes a

84

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

programmable analog/multi-level memory array," which would include multiple storage cells. (Ex. 1009 at Abstract.) Thus, element 1[a] is satisfied.

102. Element 1[b] requires "circuits for programming coupled to a multiplexer for addressing and programming said storage cells, wherein the addressing is based on a plurality of inputs." Petropoulos teaches a circuit to program and address the storage cells, which is necessarily based on multiple inputs. (*See* Ex. 1009 at Fig. 3). The "address signal generator **320** provides address signals indicating a row address and a column address for a selected one of memory cells C**11** to CMN to which the data value will be written." (*See* Ex. 1009 at [0031]).



(Ex. 1009 at Fig. 3).

85

WISTRON CORP. EXHIBIT 1002
Page 88 of 171

103.   An addressing circuit shown in Figure 2, reproduced below, provides the signals to the memory 300.  Petropoulos teaches further that "[a]ddress signal generator **320** can be a buffer circuit that generates the address signals from addresses provided by circuitry external to memory array **210** within memory **300**, or address signal generator **320** can generate sequential addresses for recording analog or multi-level samples of a continuous analog signal."  (*See* Ex. 1009 at [0031]).   Thus, the addressing is based on a "plurality of inputs" to select a particular memory cell and the decoder tree **350** and other elements within the memory **300** are "circuits for programming."  Thus, element 1[b] is satisfied.



FIG._2

(Ex. 1009 at Fig. 2).

104.   The next element 1[c] requires "drivers connected to said storage cells and to the plurality of outputs."  Petropoulos discloses a multiplier circuit to apply gamma to the sensor data that is connected to the memory array 210, which

86

WISTRON CORP. EXHIBIT 1002
Page 89 of 171

stores gamma correction values; the amplifier **710** is equivalent to the driver **340** in the '305 Patent.  (*See* Ex. 1009 at Fig. 7).  "FIG. 7 shows a circuit **700**, which can be used in modification block **230**, for *gamma correction using stored values in an analog/multi-level memory array*. Circuit **700** includes an op amp **710**, which multiplies the input voltage $V_s$ from individual sensor elements in the image sensor by a corresponding *gamma correction factor $V_{gc}$ stored in the gamma correction memory array*. As a result, image sensor elements can be gamma-corrected to produce a linear output from visual display **120** without the need of a separate gamma correction circuit."  (*See* Ex. 1009 at [0050], emphasis added).  Thus, Petropoulos discloses drivers (amplifiers **710**) connected to storage cells and a plurality of outputs and thus element 1[c] is satisfied.



(Ex. 1009 at Fig. 7).

105. Next, 1[d] requires "the plurality of inputs connected to said multiplexer for addressing said storage cells."  The multiplexer is the device that selects where the data is written into the storage cells.  As previously described in

87

WISTRON CORP. EXHIBIT 1002
Page 90 of 171

1[b], there are a plurality of inputs connected to decoder tree **350** (Figure 3); the decoder tree accepts multiple inputs from address signal generator **320** to address storage cells **210**. Petropoulos teaches that "[w]hen writing a data value, an address signal generator **320** provides address *signals* indicating a *row address and a column address* for a selected one of memory cells C**11** to CMN to which the data value will be written." (*See* Ex. 1009 at [0031], emphasis added.) Since there are signals (plural) that indicate row and column addresses, element 1[d] is satisfied.

106. Element 1[e] requires that "voltage signals are gamma reference voltage signals for determining actual driving voltages of columns of a display." Petropoulos discloses that the correction signals can be gamma reference voltage signals: "[a]lso, the memory array can be programmed with gamma correction values for gamma correction of visual displays." (*See* Ex. 1009 at [0026]). The gamma correction factors are voltages $V_{gc}$ which are multiplied times the signal voltage Vs by circuit **710** (*see* description in element 1[c]). Since the resultant voltages are output to a visual display device, they are used to determine the actual driving voltages for columns of the display. Thus, element 1[e] is satisfied.

107. The next element 1[f] requires that "said non-volatile storage cells are organized into two or more banks of cells wherein each bank contains a predetermined gamma reference voltage signal display condition." Petropoulos

88

teaches that a plurality of memory arrays can be used: "[b]y using a plurality of memory arrays **210**, each being programmed and stored with voltages for a different modification function, a variety of modifications to the sensor element voltages can be performed." (*See* Ex. 1009 at [0051]). Petropoulos also teaches that "[i]n other embodiments, a single analog/multi-level memory array can be used in conjunction with a decoder for *multiple types of modifications*. The memory array is programmed with data corresponding to the desired types of modifications in various portions of the array. The decoder then determines the type of modification for a particular voltage from an image sensor element and accesses the desired voltage from the memory array. Both voltages are then supplied to the appropriate modification circuit." (*See* Ex. 1009 at [0052], emphasis added). While the use of multiple memories (which constitutes multiple banks) or banks within a memory are described for sensor elements, it would be obvious to POSITA in 2003 that the memory would store values for display gamma correction since Petropoulos discloses the memory can be used for display gamma correction. (*See* Ex. 1009 at [0050]). Thus, element 1[f] is satisfied.

108. The last element 1[g] requires "means to switch between the banks based on one or more external signals is provided on said integrated circuit." As described in element 1[f], the memory can be written with multiple types of modifications. Figure 3 illustrates memory **210** which contains multiple rows and

89

WISTRON CORP. EXHIBIT 1002
Page 92 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

columns of storage cells CMN.  An address signal generator **320** can be used to select rows or columns of data.  The decoder determines the type of modification and accesses the desired voltage from the array.  "FIG. 3 illustrates a programmable and erasable non-volatile memory **300** with a memory array **210** that can be used in the present invention. Memory array **210** has M rows and N columns of memory cells C**11** to CMN. In memory array **210**, each memory cell C**11** to CMN is a single n-channel floating gate transistor, but other types of memory cells such as split-gate or two-transistor memory cells can also be used. Each memory cell C**11** to CMN has a control gate coupled to one of word-lines WL**1** to WLM, a drain coupled to one of bit-lines BL**1** to BLN, and a source coupled to one of source-lines SL**1** to SLN." (*See* Ex. 1009 at [0030]).



90

(Ex. 1009 at Fig. 3).

109. Petropoulos teaches that "[b]y using a plurality of memory arrays **210**, each being programmed and stored with voltages for a different modification function, a variety of modifications to the sensor element voltages can be performed. In such a system, *a desired one of the memory arrays 210 is selected* for a particular modification." (*See* Ex. 1009 at [0051], emphasis added). Further, Petropoulos discloses that "[d]epending on the type of modification, routing circuit **220** routes the two respective voltages from the image sensor and the memory array to the specific circuit (discussed in detail below) in a modification circuitry block **230** *for performing the desired modification* to the image sensor voltage." (*See* Ex. 1009 at [0027], emphasis added). Thus, Petropoulos teaches a means to select gamma data from the memory arrays and a routing circuit **220** to select the desired modification so there are means to switch between banks based on external signals, and the element 1[g] is satisfied.

110. In light of the above, the table below demonstrates how each limitation of claim 1 of the '305 Patent are rendered obvious by Petropoulos (Ex. 1009). For all these reasons, it is my opinion that claim 1 of the '305 Patent is unpatentable in view of Petropoulos.

91

WISTRON CORP. EXHIBIT 1002
Page 94 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| **Claim 1 of the '305 Patent** | ***Petropoulos*** |
|---|---|
| **1pre**. An integrated circuit for producing voltage signals on a plurality of outputs comprising: | Petropoulos discloses, *e.g.*:<br><br>"A method and system using a sensor array includes a programmable analog/multi-level memory array for modifying individual outputs from elements in the sensor array in order to obtain a desired sensor array output. The memory array can be programmed with data corresponding to desired modifications, such as low and high offset voltage correction, low gain correction, and gamma correction." Ex. 1009 at Abstract.<br><br>"An (*sic*) signal processing system, comprising: a sensor, wherein the sensor outputs voltages forming an array of elements; an analog/multi-level memory array having memory cells corresponding to the array of elements; and a modification circuit coupled to the sensor and the memory array, wherein the modification circuit modifies voltages of the array of elements with corresponding voltages of the memory cells." Ex. 1009 at Claim 14. |
| **1a**. a plurality of non-volatile storage cells | Petropoulos discloses, *e.g.*:<br><br>"A method and system using a sensor array includes a programmable analog/multi-level memory array for modifying individual outputs from elements in the sensor array in order to obtain a desired sensor array output. The memory array can be programmed with data corresponding to desired modifications, such as low and high offset voltage correction, low gain correction, and gamma correction. Consequently, by utilizing arithmetic circuits, the adverse effects of corrupted elements in a sensor can be corrected by re-programming the memory array with different modification data as the need arises." Ex. 1009 at Abstract. |

92

WISTRON CORP. EXHIBIT 1002
Page 95 of 171

| Claim 1 of the '305 Patent | *Petropoulos* |
|---|---|
| | "In accordance with the invention, modification or correction values are stored in a programmable analog/multi-level non-volatile memory array. These values are used to adjust associated outputs from elements of a sensor array for further processing to achieve a desired output. The modification values can be used for a variety of purposes, such as low or high offset voltage correction (by adding or subtracting, respectively, the corresponding modification value), low gain correction (by multiplying the corresponding modification value), or gamma correction (by multiplying the corresponding gamma correction factor) for visual displays."  Petropoulos at [0012].<br><br>"The voltages for modifying the sensor element voltages can be programmed and stored in any suitable analog/multi-level memory array 210, such as those described in commonly-owned U.S. Pat. Nos. 5,694,356, entitled "HIGH RESOLUTION ANALOG STORAGE EPROM AND FLASH EPROM" to Wong et al., U.S. Pat. No. 5,680,341, entitled "PIPELINED RECORD AND PLAYBACK FOR ANALOG NON-VOLATILE MEMORY" to Wong et al., and U.S. Pat. No. 5,818,757, entitled "ANALOG AND MULTI-LEVEL MEMORY WITH REDUCED PROGRAM DISTURB" to So et al., and in commonly-owned U.S. patent application Ser. No. 09/159,397, entitled "ANALOG BUFFER MEMORY FOR HIGH SPEED DIGITAL IMAGE CAPTURE" to Wong et al., U.S. Pat. No. 6,594,036, entitled "ANALOG MULTI-LEVEL MEMORY FOR DIGITAL IMAGING" to Wong et al., U.S. Pat. No. 5,923,585, entitled "SOURCE BIASING IN NON-VOLATILE MEMORY HAVING ROW-BASED SECTORS" to Wong et al. and U.S. Pat. No. 5,896,340, entitled "MULTIPLE ARRAY ARCHITECTURE FOR ANALOG OR |

WISTRON CORP. EXHIBIT 1002
Page 96 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Petropoulos* |
|---|---|
| | MULTILEVEL MEMORY" to Wong et al., all of which are incorporated by reference in their entirety."  Ex. 1009 at [0029]. |
| **1b.** circuits for programming coupled to a multiplexer for addressing and programming said storage cells, wherein the addressing is based on a plurality of inputs; | Petropoulos discloses, *e.g.*: <br><br> "In accordance with the invention, modification or correction values are stored in a programmable analog/multi-level non-volatile memory array. These values are used to adjust associated outputs from elements of a sensor array for further processing to achieve a desired output. The modification values can be used for a variety of purposes, such as low or high offset voltage correction (by adding or subtracting, respectively, the corresponding modification value), low gain correction (by multiplying the corresponding modification value), or gamma correction (by multiplying the corresponding gamma correction factor) for visual displays."  Ex. 1009 at [0012] <br><br> "The analog/multi-level memory array can be erased and re-programmed when modification values need to be changed, e.g., when elements of the sensor array change, such as through time, exposure to the elements, by physical damage, etc."  Ex. 1009 at [0013]. <br><br> "When writing a data value, an address signal generator **320** provides address signals indicating a row address and a column address for a selected one of memory cells C**11** to CMN to which the data value will be written. The row address identifies the row containing the selected memory cell and a word-line and a source-line coupled to the selected memory cell. The column address identifies the column containing the selected memory cell and a bit-line coupled to the selected memory cell. Address signal generator **320** can |

94

| Claim 1 of the '305 Patent | Petropoulos |
|---|---|
| | be a buffer circuit that generates the address signals from addresses provided by circuitry external to memory **300**," Ex. 1009 at [0031]. <br><br> <br> FIG._2 <br><br> Ex. 1009 at Fig. 2. <br><br> <br> FIG._3 <br><br> Ex. 1009 at Fig. 3. |
| **1c.** drivers connected to said storage cells and to the plurality of outputs; and | Petropoulos discloses, *e.g.*: <br><br> "FIG. 7 shows a circuit **700**, which can be used in modification block **230**, for *gamma correction using* |

95

| **Claim 1 of the '305 Patent** | **Petropoulos** |
|---|---|
| | *stored values in an analog/multi-level memory array.* Circuit **700** includes an op amp **710**, which multiplies the input voltage $V_s$ from individual sensor elements in the image sensor by a corresponding *gamma correction factor $V_{gc}$ stored in the gamma correction memory array.* As a result, image sensor elements can be gamma-corrected to produce a linear output from visual display **120** without the need of a separate gamma correction circuit." Ex. 1009 at [0050] <br><br> <br> FIG._7 <br><br> Ex. 1009 at Fig. 7. |
| **1d.** the plurality of inputs connected to said multiplexer for addressing said storage cells, | Petropoulos discloses, *e.g.*: <br><br> "When writing a data value, an address signal generator 320 provides address signals indicating a row address and a column address for a selected one of memory cells C11 to CMN to which the data value will be written. The row address identifies the row containing the selected memory cell and a word-line and a source-line coupled to the selected memory cell. The column address identifies the column containing the selected memory cell and a bit-line coupled to the selected memory cell. Address signal generator 320 can be a buffer circuit that generates the address signals from addresses provided by circuitry external to memory 300, or address signal generator 320 can generate sequential addresses for recording analog or multi-level samples of a continuous analog signal." Ex, 1009 at [0031]. |

96

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | Petropoulos |
| --- | --- |
| | <br>Ex. 1007 at Fig. 3. |
| **1e.** wherein said voltage signals are gamma reference voltage signals for determining actual driving voltages of columns of a display, | Petropoulos discloses, *e.g.*:<br><br>"The modified and any unmodified sensor voltages are supplied to an analog signal processing circuit 115 for processing and eventual display of the reconstructed image 125, such as through a visual display 120." Ex. 1009 at [0028].<br><br>"FIG. 7 shows a circuit 700, which can be used in modification block 230, for gamma correction using stored values in an analog/multi-level memory array. Circuit 700 includes an op amp 710, which multiplies the input voltage Vs from individual sensor elements in the image sensor by a corresponding gamma correction factor Vgc stored in the gamma correction memory array. As a result, image sensor elements can be gamma-corrected to produce a linear output from visual display 120 without the need of a separate gamma correction circuit." Ex. 1009 at [0050] |

97

WISTRON CORP. EXHIBIT 1002
Page 100 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Petropoulos* |
|---|---|
| | "By using a plurality of memory arrays **210**, each being programmed and stored with voltages for a different modification function, a variety of modifications to the sensor element voltages can be performed." Ex. 1009 at [0051]. |
| **1f.** wherein said non-volatile storage cells are organized into two or more banks of cells wherein each bank contains a predetermined gamma reference voltage signal display condition; | Petropoulos discloses, *e.g.*:<br><br>"By using a plurality of memory arrays **210**, each being programmed and stored with voltages for a different modification function, a variety of modifications to the sensor element voltages can be performed." Ex. 1009 at [0051].<br><br>"In other embodiments, a single analog/multi-level memory array can be used in conjunction with a decoder for *multiple types of modifications*. The memory array is programmed with data corresponding to the desired types of modifications in various portions of the array. The decoder then determines the type of modification for a particular voltage from an image sensor element and accesses the desired voltage from the memory array. Both voltages are then supplied to the appropriate modification circuit." Ex. 1009 at [0053]. |
| **1g.** and means to switch between the banks based on one or more external signals is provided on said integrated circuit. | Petropoulos discloses, *e.g.*:<br><br>"By using a plurality of memory arrays **210**, each being programmed and stored with voltages for a different modification function, a variety of modifications to the sensor element voltages can be performed." Ex. 1009 at [0051].<br><br>"FIG. 3 illustrates a programmable and erasable non-volatile memory **300** with a memory array **210** that can |

98

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Petropoulos* |
|---|---|
| | be used in the present invention. Memory array **210** has M rows and N columns of memory cells C**11** to CMN. In memory array **210**, each memory cell C**11** to CMN is a single n-channel floating gate transistor, but other types of memory cells such as split-gate or two-transistor memory cells can also be used. Each memory cell C**11** to CMN has a control gate coupled to one of word-lines WL**1** to WLM, a drain coupled to one of bit-lines BL**1** to BLN, and a source coupled to one of source-lines SL**1** to SLN." Ex. 1009 at [0030]. (Ex. 1009 at Fig. 3). |

FIG. 3

## 2.    Claim 2 is obvious in view of Petropoulos

111.   Claim 2 of the '305 Patent depends from claim 1 and is obvious in view of the teachings of Petropoulos.

112. Petropoulos teaches that the non-volatile storage cells are reprogrammable: "[b]ecause the memory arrays discussed above can be

99

Declaration of Thomas L. Credelle<br>
<em>Inter Partes</em> Review of U.S. Patent No. 7,233,305

*reprogrammed*, various types of sensor modifications are possible."  (Ex. 1009 at [0054], emphasis added).

113. In light of the above, the table below demonstrates how each limitation of claim 2 of the '305 Patent is rendered obvious by Petropoulos (Ex. 1009). For all these reasons, it is my opinion that claim 2 of the '305 Patent is unpatentable in view of Petropoulos.

| Claim 2 of the '305 Patent | *Petropoulos* |
|---|---|
| **2.** The integrated circuit of claim 1 wherein said non-volatile storage cells are reprogrammable. | Petropoulos discloses, *e.g.*:<br><br>"The analog/multi-level memory array can be erased and re-programmed when modification values need to be changed, e.g., when elements of the sensor array change, such as through time, exposure to the elements, by physical damage, etc."  Ex. 1009 at [0013].<br><br>"FIG. 3 illustrates a programmable and erasable non-volatile memory 300 with a memory array 210 that can be used in the present invention."  Ex. 1009 at [0030]<br><br>"Because the memory arrays discussed above can be reprogrammed, various types of sensor modifications are possible. Further, as the sensor array changes its response and/or uniformity over time (e.g., due to use degradation, physical damage, etc.), the memory array can be reprogrammed to compensate for the new errors. As a result, the memory array for a sensor can be continually updated in order to maintain the desired output of the sensor."  Ex. 1009 at [0054]. |

100

WISTRON CORP. EXHIBIT 1002<br>Page 103 of 171

### 3.    Claim 5 is obvious in view of Petropoulos

114.  Claim 5 of the '305 Patent depends from claim 1 and is obvious in view of the teachings of Petropoulos.

115. Petropoulos teaches that a programming voltage $V_{pp}$ is used to program voltages into the memory 210: "[f]or example, to write an analog value to memory cell C**11**, a row decoder **330** grounds source-line SL**1** to a virtual-ground voltage Vvg, which is close to a reference potential Vss and applies a *programming voltage Vpp* to word-line WL**1**." (*See* Ex. 1009 at [0032], emphasis added).  It also discloses that "[i]f memory array **210** is a Flash memory array, typical programming voltages Vpp and Vdp are respectively about 12 volts and about 6 volts above voltage Vss."  (Ex. 1009 at [0032]).  Thus, the circuit uses a high voltage (Vpp) to program the memory.  It would have been obvious to a POSITA in 2003 that the voltage is supplied externally to the IC.  (*See* Ex. 1009 at Fig. 3).

116.  In light of the above, the table below demonstrates how each limitation of claim 5 of the '305 Patent is rendered obvious by Petropoulos (Ex. 1009). For all these reasons, it is my opinion that claim 5 of the '305 Patent is obvious in view of Petropoulos.

101

WISTRON CORP. EXHIBIT 1002
Page 104 of 171

| Claim 5 of the '305 Patent | Petropoulos |
|---|---|
| **5.** The integrated circuit of claim 1 wherein said circuits for programming require an external source for the high voltage programming means. | Petropoulos discloses, *e.g.*:<br><br>"For an analog/multi-level non-volatile memory, writing a data value to the selected memory cells changes the threshold voltage of the selected memory cell from an erased state to a state indicating the data value being stored. The direction of the change is constant and referred to herein as the programming direction. Programming voltages are applied to the word-line, bit-line, and source-line coupled to the selected memory cell to cause the change in the threshold voltage. For example, to write an analog value to memory cell C**1**, a row decoder **330** grounds source-line SL**1** to a virtual-ground voltage Vvg, which is close to a reference potential Vss and applies a programming voltage Vpp to word-line WL**1**; and a column decoder **340** applies programming voltage Vdp to bit-line BL**1**. The magnitudes of the programming voltages Vpp and Vdp depend on structure of memory cells C**11** and CMN and may depend on the analog value being written. If memory array **210** is a Flash memory array, typical programming voltages Vpp and Vdp are respectively about 12 volts and about 6 volts above voltage Vss, and the combination of programming voltages causes channel hot electron (CHE) injection that increases the threshold voltage of the selected memory cell.  Ex. 1009 at [0032]. |

WISTRON CORP. EXHIBIT 1002
Page 105 of 171

| Claim 5 of the '305 Patent | Petropoulos |
|---|---|
| | <br>Ex. 1009 at Fig. 3. |

## D.     Ground 4:  Obvious in view of Tanaka

117.   I am of the opinion that claims 1, 2, 4 and 5 of the '305 Patent are obvious in view of the teachings of Tanaka and the general knowledge individuals of ordinary skill the art would have possessed in June 2003.

118.   Tanaka is entitled "Gray Scale Reference Voltage Generating Circuit and Liquid Crystal Display Device Using the Same."  (*See* Ex. 1010 at Title).  It was filed in the US on December 18, 2002 and was filed as a Japanese application No. 2002-7565 on January 16, 2002.  (*See* Ex. 1010 at Cover).

119.   Tanaka discloses "A gray scale display reference voltage generating circuit for generating a reference voltage for a gray scale display used for

103

performing digital/analog conversion on display data comprising: a reference voltage generating section for producing reference voltages of a plurality of levels; a correction information storing section for storing quantity of adjustment for the reference voltages; and an adjustment section for adjusting the reference voltages based upon the quantity of adjustment stored in the correction information storing section." (*See* Ex. 1010 at Abstract). The gray scale reference voltages are gamma voltages: "[t]he gray scale display reference voltage generating circuit **52** of the present invention is provided with a *non-volatile memory 53* to which adjustment data for a *gamma correction* is stored." (*See* Ex. 1010 at [103], emphasis added). Tanaka teaches that gamma voltages can be generated by adjusting the voltage from a ladder resistor network with a gamma correction adjustment circuit to create the desired output required by the LCD. Multiple selectable gamma data are disclosed by Tanaka.

### 1.    Claim 1 is obvious in view of Tanaka

120.   Claim 1 of the '305 Patent is obvious in view of Tanaka.

121.   The preamble of claim 1 (element 1[pre]) requires "An integrated circuit for producing voltage signals on a plurality of outputs." Tanaka teaches a modified source driver, shown in Figure 1 below, that includes circuits for producing voltage signals: "As shown in FIG. 1, the source driver **101** is composed of a shift register circuit **32**, data latch circuit **31**, sampling memory

104

circuit **33**, hold memory circuit **34**, level shifter circuit **35**, D/A converter circuit **36**, output circuit **37** and *gray scale display reference voltage generating circuit 52*." (Ex. 1010 at [094], emphasis added).  The source driver **101** is modified version of the prior-art source driver **3** (Figure 11); "[m]ounted on the liquid crystal driving circuit are *a source driver 3* and a gate driver **4** both *composed of an IC (integrated circuit)*." (*See* Ex. 1010 at [008]. Fig. 11, emphasis added).  Since the source driver **101** is an "integrated circuit" that produces voltages signals on a plurality of outputs (the column driver lines from output circuit **37**), element 1[pre] is satisfied.

105

WISTRON CORP. EXHIBIT 1002
Page 108 of 171



Fig. 1

(Ex. 1010 at Fig. 1).

122.  The first element of claim 1 (element 1[a]) requires a plurality of non-volatile storage cells.  As previously stated, non-volatile storage cells can be analog or digital and are memory storage elements that can retain information when the power is turned off.  Examples include EEPROM, EPROM, flash, etc.[17] Tanaka teaches "[i]n this invention, it is preferable that the correction information storing section is constructed of a *non-volatile memory*. By this construction, the

_____

[17] Ex. 1014 ("Introduction to Flash Memory," R. Bez et al., PROC. IEEE, **91** (4), April 2003).

106

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

previous correction state adjusted by the user can be applied as it is to the next display." (*See* Ex. 1010 at [076], *emphasis* added). Further, Tanaka discloses that the memory can by EEPROM: "A flash memory, OTP, EEPROM, or FeRAM (ferroelectric memory) can be used for this non-volatile memory **53** in order to maintain the data once stored even if the power source is turned off." (*See* Ex. 1010 at [144]). Tanaka thus discloses a plurality of non-volatile storage cells and element 1[a] is satisfied.

123. Element 1[b] requires "circuits for programming coupled to a multiplexer for addressing and programming said storage cells, wherein the addressing is based on a plurality of inputs." Tanaka discloses means to program the non-volatile memory **53** with a User Program UP (Figure 3 below), which is "digital data given by a user program such as an external control device." (*See* Ex. 1010 at [102]). "This storing process can easily be performed by operating the external control device by the user. Specifically, a simple operation by the user can easily change the quantity of the adjustment for the gamma correction. If the gamma correction characteristic can easily be changed by the user in this way, an evaluating operation for optimizing the display state can be made efficient." (*See* Ex. 1010 at [143]). As previously discussed (*see* Section V.C above), flash memory is programmed using address information, which is provided to row and column decoders ("a plurality of inputs") and gamma data, which is written into

107

the memory.    Tanaka discloses that "[t]he information to be stored is comprised of *storing address, gray scale display data 220 and adjustment data*.  The storing address in FIG. 8 is an address of the non-volatile memory **53** and means output data. The gray scale display data **220** is the corrected data outputted to the gamma correction adjustment circuit **54**."  (Ex. 1010 at [0138]–[0139], emphasis added). Additionally, and as was well known to a POSITA in 2003, circuits are provided as part of the flash memory to program the data into the storage cells.[18] Thus, element 1[b] is satisfied.

124.   The next element 1[c] requires "drivers connected to said storage cells and to the plurality of outputs."   Tanaka discloses drivers (buffer amplifiers **46** in Figure 4) connected to storage cells **53** through the gamma correction circuits **54** within the gray scale display reference voltage generating circuit **52**. Figures 3 and 4, reproduced below, illustrate the gamma correction circuits **54** and connection to the storage cells (non-volatile memory **53**).  (*See* Ex. 1010 at Fig. 3, Fig. 4).   Tanaka also teaches that the storage cells are connected to the source driver **101** D/A Converter Circuit **36.**   (*See* Figure 1 above).   Thus, driver **46** (buffer amplifier) is connected to the plurality of outputs and to the storage cells in memory **53** through the gamma correction adjustment circuit 54, and element 1[c] is satisfied.

---

[18] Ex. 1016 (Atmel AT28C16 spec sheet (1998)).

WISTRON CORP. EXHIBIT 1002
Page 111 of 171



(Ex. 1010 at Fig. 3; Fig. 4).

125.  Next, element 1[d] requires "the plurality of inputs connected to said multiplexer for addressing said storage cells."  The multiplexer is the device of 1[b] that selects where the data is written into the storage cells.  As previously discussed with respect to element 1[b], the user interface provides a plurality of inputs UP to a multiplexer, e.g., row and column decoders, to write data to a specific storage cell, and thus must include a "plurality of inputs."  (*See* Section V.C).  Thus, element 1[d] is satisfied.

126.  Element 1[e] requires that "voltage signals are gamma reference voltage signals for determining actual driving voltages of columns of a display."

WISTRON CORP. EXHIBIT 1002
Page 112 of 171

Tanaka discloses that the outputs of the gray scale display reference voltage generating means **52** are gamma voltages V0 through V63. (*See* Figure 3 above). "The gray scale display reference voltage generating circuit **52** of the present invention is provided with a non-volatile memory **53** to which adjustment data for a *gamma correction* is stored." (*See* Ex. 1010 at [103], emphasis added). The gamma correction data stored in memory **53** is voltage signal values that are converted to voltage signals by the gamma correction adjustment circuits **54**. Thus, the voltage signals produced by the IC are gamma reference voltage signals and the voltage signals determine the actual driving voltages V0 through V63 provided to the columns of the display, and element 1[e] is satisfied.

127. The next element 1[f] requires that "said non-volatile storage cells are organized into two or more banks of cells wherein each bank contains a predetermined gamma reference voltage signal display condition." Tanaka teaches several implementations of the gamma reference voltage circuit. An example of one implementation with three banks of data is shown in Figure 10 below. In this example, there are three banks of data in non-volatile memory **53** that provide predetermined gamma reference voltage signal display conditions to 52-1, 52-2, and 52-3. Thus, Tanaka discloses two or more banks that contain predetermined gamma reference voltage signal display condition(s), and element 1[f] is satisfied.

110

WISTRON CORP. EXHIBIT 1002
Page 113 of 171

Fig. 10



(Ex. 1010 at Fig. 10 (annotated)).

128.   The last element 1[g] requires "means to switch between the banks based on one or more external signals is provided on said integrated circuit."  In the example above, Tanaka teaches that the banks are selected based on the color of the data (R, G, or B).  In another embodiment of Tanaka, shown in Figure 20 below, multiple gamma correction data are stored in display memory 110 and

111

WISTRON CORP. EXHIBIT 1002
Page 114 of 171

means are provided to switch between gamma curves depending on the row number: "Additionally, plural types of the adjustment data D**2** are stored in advance, in the display memory **10** and the type of the adjustment data D**2** to be read out is varied for every gate signal line by the control signal C, whereby the fine adjustment of the gamma correction can be performed for every gate signal line." (Ex. 1010 at [0186]).



(Ex. 1010 at Fig. 20).

112

WISTRON CORP. EXHIBIT 1002
Page 115 of 171

129. An example of multiple gamma data is also shown in Figure 25 below. Gamma curves $\gamma 1$, $\gamma 2$, or $\gamma 3$ are selected based on the row number of the display (which is provided externally by the controller **105** shown in Figures 2 and 33). While this example uses external memory **110**, it would have been obvious to a POSITA in 2003 to enlarge the memory **53** of the first embodiment to contain three sets of gamma curves. "In FIG. 25, the central row is adjusted by the characteristic $\gamma$**1**, the rows at both sides thereof are adjusted by the characteristic $\gamma$**2** and the outermost rows are adjusted by the characteristic $\gamma$**3**. Which quantity of the adjustment is applied to which row is not limited to the one shown in FIG. 25. The quantity of the adjustment may be changed depending upon the user's viewing position or viewing angle." (Ex. 1010 at [0203]–[0204]).



(Ex. 1010 at Fig. 25).

130. Tanaka also teaches a fourth embodiment (*see* Figure 33 below) that

113

uses three control signals from the CPU **105** (REV, C and C1 shown in red); these

are external signals to control which bank of gamma correction data is selected

from non-volatile display memory **110** and **137**.



(Ex. 1010 at Fig. 33 (annotated)).

131. "The construction and operation of the main circuit section **120** of the

source driver **101** in the fourth embodiment are approximately the same as those

in the third embodiment. The different point is that the gray scale display voltage

outputted from the reference voltage generating circuit **52** is outputted to the D/A

converter circuit **36** via the *selector circuit 130*. *The control signal C outputted*

*from the MPU 105* is given to the input/output circuit **121** in the peripheral circuit

section. The adjustment data D**2** is read out from the display memory **110** by this

114

control signal C and inputted to the resistor dividing circuit **52***a* of the positive polarity gray scale voltage generating circuit **56** in the reference voltage generating circuit **52** (see FIGS. 34 and 35).  On the other hand, the *control signal C1 outputted from the MPU **105*** is given to the input/output circuit **133**. The adjustment data D**3** is read out from the display memory **137** by this control signal C**1** and inputted to the resistor dividing circuit **52** *b* of the negative polarity gray scale voltage generating circuit **57** in the reference voltage generating circuit **52** (see FIGS. 34 and 35)."  (Ex. 1010 at [243]–[245], emphasis added). While the memory in this embodiment is external to the source driver 101, it would have been obvious to a POSITA in 2003 to add the memory to the source drivers as taught by Tanaka in Figures 1 and 10.  Thus, Tanaka teaches external control of switching between at least two banks of gamma data and element 1[g] is satisfied.

132.   In light of the above, the table below demonstrates how each limitation of claim 1 of the '305 Patent is rendered obvious by Tanaka (Ex. 1010). For all these reasons, it is my opinion that claim 1 of the '305 Patent is unpatentable in view of Tanaka.

115

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
| **1pre**. An integrated circuit for producing voltage signals on a plurality of outputs comprising: | To the extent the preamble is limiting, Tanaka discloses, *e.g.*:<br><br>"A gray scale display reference voltage generating circuit for generating a reference voltage for a gray scale display used for performing digital/analog conversion on display data comprising: a reference voltage generating section for producing reference voltages of a plurality of levels; a correction information storing section for storing quantity of adjustment for the reference voltages; and an adjustment section for adjusting the reference voltages based upon the quantity of adjustment stored in the correction information storing section." Ex. 1010 at Abstract.<br><br>"The present invention relates to a reference voltage generating circuit for a gray scale display (hereinafter referred to as a gray scale reference voltage generating circuit) and a liquid crystal display device using the same." Ex. 1010 at [0003].<br><br>"A gray scale display reference voltage generating circuit 39 generates a reference voltage at each level on the basis of a voltage VR supplied from an external reference voltage generating circuit (corresponding to the liquid crystal driving power source 6 of FIG. 11). The data in the hold memory 34 is transmitted to a D/A converter circuit (Digital-to-Analog converter circuit) 36 via a level shifter circuit 35 and converted into an analog voltage on the basis of the reference voltage at each level from the gray scale display reference voltage generating circuit 39. Then, the analog voltage is outputted as the aforementioned gray scale display voltage from a liquid crystal driving voltage output terminal 38 to the source signal line 14 of each liquid crystal display element A by an output circuit 37." Ex. |

116

WISTRON CORP. EXHIBIT 1002
Page 119 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
| | 1010 at [0018].<br><br>"As shown in FIG. 1, the source driver 101 is composed of a shift register circuit 32, data latch circuit 31, sampling memory circuit 33, hold memory circuit 34, level shifter circuit 35, D/A converter circuit 36, output circuit 37 and gray scale display reference voltage generating circuit 52."  Ex. 1010 at [094]<br><br>"Mounted on the liquid crystal driving circuit are a source driver 3 and a gate driver 4 both composed of an IC (integrated circuit)" Ex. 1010 at [008].<br><br>Fig. 1<br><br><br><br>Ex. 1010 at Fig. 1. |

117

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
| **1a**. a plurality of non-volatile storage cells | Tanaka discloses, *e.g.*:<br><br>"FIG. 8 is an explanatory view for the contents of information stored in a non-volatile memory of the invention;" Ex. 1010 at [0042].<br><br>"In this invention, it is preferable that the correction information storing section is constructed of a *non-volatile memory*. By this construction, the previous correction state adjusted by the user can be applied as it is to the next display." Ex. 1010 at [0076].<br><br>"The gray scale display reference voltage generating circuit 52 of the present invention is provided with a non-volatile memory 53 to which adjustment data for a gamma correction is stored." Ex. 1010 at [0103].<br><br>"A liquid crystal display device according to claim 8, wherein the first and second storage sections are formed of a single non-volatile rewritable memory." Ex. 1010 at Claim 9. |

118

WISTRON CORP. EXHIBIT 1002
Page 121 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Tanaka* |
| --- | --- |
| |  Ex. 1010 at Fig. 10. |
| **1b.** circuits for programming coupled to a multiplexer for addressing and programming said storage cells, wherein the addressing is based on a plurality of inputs; | Tanaka discloses, *e.g.*: <br><br> "The gray scale display reference voltage generating circuit 52 produces 64 reference voltages with respect to liquid crystal driving voltage output terminal for red, green and blue as described later for producing intermediate voltages for the gray scale display. The VR inputted to this circuit 52 is a voltage supplied from an external liquid crystal driving power source, while UP is digital data given by a user program such as an external control device. The gray scale display reference voltage generating circuit 52 of the present invention is provided with a non-volatile memory 53 to which adjustment data |

119

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
|  | for a gamma correction is stored." Ex. 1010 at [0102]-[0103].<br><br>"The gray scale display reference voltage generating circuit 52 of the present embodiment includes two voltage input terminals of a lowest voltage input terminal V0 and a highest voltage input terminal V64, eight resistor elements R0 through R7 having resistance ratios that serve as a reference for executing a gamma correction, a gamma correction adjustment circuit 54 for upward or downward fine adjustment of each gamma-corrected reference voltage produced by the resistor elements R0 through R7 within a specified range and a non-volatile memory 53 for storing adjustment information for optionally performing the fine adjustment of a gamma correction characteristic at the gamma correction adjustment circuit 54 with a program UP or the like in accordance with the characteristics of the liquid crystal material or liquid crystal panel." Ex. 1010 at [0109].<br><br>"The storing address in FIG. 8 is an address of the non-volatile memory 53 and means output data. The gray scale display data 220 is the corrected data outputted to the gamma correction adjustment circuit 54. The adjustment data is a set value with respect to some gray scale display data. It is rewritten by a user program incorporated in the external control device." Ex. 1010 at [0139].<br><br>"This storing process can easily be performed by operating the external control device by the user. Specifically, a simple operation by the user can easily change the quantity of the adjustment for the gamma correction. If the gamma correction characteristic can easily be changed by the user in this way, an evaluating |

120

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
| | operation for optimizing the display state can be made efficient." Ex. 1010 at [143].<br><br>"The adjustment data D2 stored in the display memory 110 is set to be rewritten by a program or the like via the MPU 105 according to need. If the data can be rewritten, the gamma correction can be adjusted corresponding to user's viewing place and angle, thus more preferable." Ex. 1010 at [0194].<br><br><br><br>Ex. 1010 at Fig. 10. |
| **1c.** drivers connected to said storage cells and to the plurality of outputs; | Tanaka discloses, *e.g.*:<br><br>"As described above, the resistance ratio called the |

121

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
| and | gamma correction is built into the source driver, providing the liquid crystal driving output voltage to be converted the gray scale display voltage with a line graph characteristic." Ex. 1010 at [0020].<br><br>"The respective 6-bit RGB display data signals (digital) inputted from the hold memory circuit 34 and converted at the level shifter circuit 35 are converted into analog signals at the DA converter circuit 36 based upon the 64 intermediate voltages, and then, outputted to the output circuit 37. The output circuit 37 amplifies the analog signals of 64 levels and outputs the resultant as the gray scale display voltages to the liquid crystal panel from terminals Xo-1 to Xo-128, Yo-1 to Yo-128 and Zo-1 to Zo-128 of the output terminals 38. The output terminals Xo-1 to Xo-128, Yo-1 to Yo-128 and Zo-1 to Zo-128 correspond respectively to the display data signals R, G and B. The terminals Xo, Yo and Zo each include 128 terminals." Ex. 1010 at [0104]–[0105].<br><br>"The display memory 110 may be incorporated into the source driver 101 or may be disposed outside the source driver 101." Ex. 1010 at [0163].<br><br>"The source driver 101 and gate driver 102 are connected to the liquid crystal panel 103. The source driver 101 and gate driver 102 are also connected to the controller (MPU) 105." Ex. 1010 at [0233]. |

WISTRON CORP. EXHIBIT 1002
Page 125 of 171

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
| |  Ex. 1010 at Fig. 1. |

123

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
| | Ex. 1010 at Fig. 2.<br><br><br><br>Ex. 1010 at Fig. 3. |

124

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
| | Ex. 1010 at Fig. 4. |
| **1d.** the plurality of inputs connected to said multiplexer for addressing said storage cells, | Tanaka discloses, *e.g.*: "The control section may use a controller LSI such as an MPU (micro-processing unit) for rewriting the quantity of adjustment stored in the correction information storing section." Ex. 1010 at [0083] "The sampling memory circuit 33 samples the display data signal (18 bits in total, that is, 6 bits each of R, G and B) time-sharingly sent thereto with the output signal of each shift register circuit 32, and stores the respective data until a latch signal LS outputted from the: controller 105 to the hold memory circuit 34 is inputted to the terminal LS of the source driver 101."  Ex. 1010 at [0100] "The gray scale display reference voltage generating circuit 52 produces 64 reference voltages with respect to liquid crystal driving voltage output terminal for red, green and blue as described later for producing intermediate voltages for the gray scale display. The VR |

125

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
| | inputted to this circuit 52 is a voltage supplied from an external liquid crystal driving power source, while UP is digital data given by a user program such as an external control device. The gray scale display reference voltage generating circuit 52 of the present invention is provided with a non-volatile memory 53 to which adjustment data for a gamma correction is stored." Ex. 1010 at [0102]–[0103].<br><br>"The gray scale display reference voltage generating circuit 52 of the present embodiment includes two voltage input terminals of a lowest voltage input terminal V0 and a highest voltage input terminal V64, eight resistor elements R0 through R7 having resistance ratios that serve as a reference for executing a gamma correction, a gamma correction adjustment circuit 54 for upward or downward fine adjustment of each gamma-corrected reference voltage produced by the resistor elements R0 through R7 within a specified range and a non-volatile memory 53 for storing adjustment information for optionally performing the fine adjustment of a gamma correction characteristic at the gamma correction adjustment circuit 54 with a program UP or the like in accordance with the characteristics of the liquid crystal material or liquid crystal panel." Ex. 1010 at [0109].<br><br>"The storing address in FIG. 8 is an address of the non-volatile memory 53 and means output data. The gray scale display data 220 is the corrected data outputted to the gamma correction adjustment circuit 54. The adjustment data is a set value with respect to some gray scale display data. It is rewritten by a user program incorporated in the external control device." Ex. 1010 at [0139]. |

126

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
| | "This storing process can easily be performed by operating the external control device by the user. Specifically, a simple operation by the user can easily change the quantity of the adjustment for the gamma correction. If the gamma correction characteristic can easily be changed by the user in this way, an evaluating operation for optimizing the display state can be made efficient." Ex. 1010 at [0143].<br><br>"The display data D1 displayed on the screen of the liquid crystal panel 103 is serially inputted to the main circuit section 120 via the MPU 105. At first, the inputted data is temporarily latched by the data latch circuit 31. The latched display data D1 is sampled by the sampling memory circuit 33 based upon the output signal of each shift register 32, and then, outputted to each corresponding hold memory circuit 34." Ex. 1010 at [0166]. |

127

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| **Claim 1 of the '305 Patent** | ***Tanaka*** |
|---|---|
| |  Ex. 1010 at Fig. 1. |
| **1e.** wherein said voltage signals are gamma reference voltage signals for determining actual driving voltages of columns of a display, | Tanaka discloses, *e.g.*: "Then, the analog voltage is outputted as the aforementioned gray scale display voltage from a liquid crystal driving voltage output terminal 38 to the source signal line 14 of each liquid crystal display element A by an output circuit 37." Ex. 1010 at [0018]. "The gray scale display reference voltage generating circuit 52 of the present invention is provided with a non-volatile memory 53 to which adjustment data for a gamma correction is stored." Ex. 1010 at [0103]. |

128

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
| | "The respective 6-bit RGB display data signals (digital) inputted from the hold memory circuit 34 and converted at the level shifter circuit 35 are converted into analog signals at the DA converter circuit 36 based upon the 64 intermediate voltages, and then, outputted to the output circuit 37. The output circuit 37 amplifies the analog signals of 64 levels and outputs the resultant as the gray scale display voltages to the liquid crystal panel from terminals Xo-1 to Xo-128, Yo-1 to Yo-128 and Zo-1 to Zo-128 of the output terminals 38. The output terminals Xo-1 to Xo-128, Yo-1 to Yo-128 and Zo-1 to Zo-128 correspond respectively to the display data signals R, G and B. The terminals Xo, Yo and Zo each include 128 terminals." Ex. 1010 at [0104]–[0105].<br><br>"In the above-mentioned embodiment, the adjustment data for the gamma correction is stored in the non-volatile memory 53 in the gray scale display reference voltage generating circuit 52. On the other hand, explained hereinbelow is the case where the adjustment data is stored in a "display memory" provided in the source driver 101 separate from the gray scale display reference voltage generating circuit 52, and the gamma correction adjustment circuit 54 in the gray scale display reference voltage generating circuit 52 is adjusted for every gate signal line 15." Ex. 1010 at [0152]. |

WISTRON CORP. EXHIBIT 1002
Page 132 of 171

| **Claim 1 of the '305 Patent** | ***Tanaka*** |
|---|---|
| | <br>Ex. 1010 at Fig. 2. |
| **1f.** wherein said non-volatile storage cells are organized into two or more banks of cells wherein each bank contains a predetermined gamma reference voltage signal display condition; | Tanaka discloses, *e.g.*:<br><br>"And, this invention is a liquid crystal display device, wherein the correction information storing section comprises a first storage section for storing first adjustment data in case where a voltage having positive polarity is applied to a pixel and a second storage section for storing second adjustment data in case where a voltage having negative polarity is applied to a pixel, the reference voltage generating section comprises a first voltage generating section for producing a reference voltage for a positive polarity gray scale display and a second voltage generating section for producing a reference voltage for a negative polarity gray scale display, the adjustment section comprises a first adjustment section for adjusting the reference voltage produced by the first voltage generating section based upon the first adjustment data stored in the first storage section and a second adjustment section for adjusting the reference voltage produced by the second voltage |

130

| **Claim 1 of the '305 Patent** | *Tanaka* |
|---|---|
| | generating section based upon the second adjustment data stored in the second storage section, and the liquid crystal display device further comprising a selecting section for selecting either one of the adjusted reference voltages outputted from the first and second adjustment sections based upon a polarity inverting signal applied from the control section, wherein a gray scale correction is performed for every scanning line based upon the selected reference voltage." Ex. 1010 at [0084].<br><br>"FIG. 10 is a block diagram showing a construction of a source driver according to the second embodiment using the gray scale display reference voltage generating circuit of the invention. This embodiment is characterized by including independent gamma correction circuits for every color of red (R), green (G) and blue (B) for aiming to improve a color reproduction.<br><br>Only one gray scale display reference voltage generating circuit **52** is mounted in the first embodiment shown in FIG. 1, while three gray scale display reference voltage generating circuits (**52-1** for R, **52-2** for G and **52-3** for B) are provided in the second embodiment as shown in FIG. 10. The non-volatile memory **53** may be separately provided in each of the gray scale display reference voltage generating circuits like the first embodiment, or only one non-volatile memory **53** may be provided to which the adjustment data concerning all colors of R, G and B is stored." Ex. 1010 at [0146]–[0147]. |

131

| Claim 1 of the '305 Patent | *Tanaka* |
| --- | --- |
| |  Ex. 1010 at Fig. 10.<br><br>"FIG. 28 shows one embodiment of the liquid crystal driving output voltages of these three gamma conversion characteristics (y1, y2, Y3). For every gate signal line, the adjustment data D2 corresponding to the gate signal line is read out from the display memory 110 in synchronization with the gate scanning signal and the |

132

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
| | read-out data is applied to the reference voltage generating circuit 52. Each switch of each gamma correction adjustment circuit 54 may be changed over for every gate signal line, i.e., every row based upon this adjustment data D2. In FIG. 25, the central row is adjusted by the characteristic Y1, the rows at both sides thereof are adjusted by the characteristic Y2 and the outermost rows are adjusted by the characteristic Y3. Which quantity of the adjustment is applied to which row is not limited to the one shown in FIG. 25. The quantity of the adjustment may be changed depending upon the user's viewing position or viewing angle. For example, the viewing angle of a large-screen liquid crystal display is different depending upon the relative position between a viewer and the screen." Ex. 1010 at [0201]–[0204].<br><br>"FIGS. 29 and 30 are views for explaining one embodiment of a pixel state in case where the gamma correction adjustment is performed by using five types of gamma conversion characteristics (Y1 to Y5). FIG. 31 is a view for explaining the characteristics of liquid crystal driving output voltage to five types of gamma conversion characteristics." Ex. 1010 at [0209].<br><br>Ex. 1010 at Claims 8, 9. |
| **1g.** and means to switch between the banks based on one or more external signals is provided on said integrated circuit. | Tanaka discloses, *e.g.*:<br><br>"Additionally, plural types of the adjustment data D2 are stored in advance, in the display memory **10** and the type of the adjustment data D2 to be read out is varied for every gate signal line by the control signal C, whereby the fine adjustment of the gamma correction can be performed for every gate signal line." Ex. 1010 at [0186]. |

133

WISTRON CORP. EXHIBIT 1002
Page 136 of 171

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
| | <br><br>Ex. 1010 at Fig. 10.<br><br>"In FIG. 25, the central row is adjusted by the characteristic γ**1**, the rows at both sides thereof are adjusted by the characteristic γ**2** and the outermost rows are adjusted by the characteristic γ**3**. Which quantity of the adjustment is applied to which row is not limited to the one shown in FIG. 25. The quantity of the adjustment may be changed depending upon the user's viewing position or viewing angle." Ex. 1010 at [0203]–[0204]. |

134

WISTRON CORP. EXHIBIT 1002
Page 137 of 171

| Claim 1 of the '305 Patent | *Tanaka* |
|---|---|
|  | "In the fourth embodiment shown below, the display memory 110 of FIG. 32 corresponds to a first storage section, a display memory 137 corresponds to a second storage section and a selector circuit 130 corresponds to a selecting section." Ex. 1010 at [0216]. |

### 2.     Claim 2 is obvious in view of Tanaka

133.   Claim 2 of the '305 Patent depends from claim 1 and is obvious in view of the teachings of Tanaka.

134.   Tanaka teaches that the non-volatile memory can be changed by the user and is thus reprogrammable.  "By this construction, a reference voltage can be changed only by *rewriting the information* stored in the correction information storing section."  (*See* Ex. 1010 at [033], emphasis added).  "This storing process can easily be performed by operating the external control device by the user.  Specifically, *a simple operation by the user can easily change the quantity* of the adjustment for the gamma correction."  (*See* Ex. 1010 at [143], emphasis added).  "The gamma correction adjustment data D**2** and D**3** are further stored in the display  memories **110** and **137**.  The following description is made paying attention only to the gamma correction adjustment data D**2** and D**3**.  Whatever the type is, *each of the display memories **110** and **137** is desirably constructed by a non-volatile memory* that maintains adjustment data once stored even if the power

135

source is turned off, the examples of which include *flash memory, OTP, EEPROM, FeRAM* (ferroelectric memory) or the like. In case where the display data is given as fixed data, a memory having ROM structure can be used for the display memory. *The correction data D2 and D3 stored in the display memory can be rewritten as required.*" (*See* Ex. 1010 at [0238]–[0239]). "The display memories **110** and **137** may be incorporated into the source driver **101** or may be disposed outside the source driver **101**." (*See* Ex. 1010 at [0240]). Since the memories 110 and 137 can be incorporated into the IC and they are "desirably constructed by a non-volatile memory" e.g., flash memory, and they can be "rewritten as required," the non-volatile storage cells are reprogrammable. The type of memory disclosed by Tanaka is generally understood to be reprogrammable. Thus this claim is satisfied.

135. In light of the above, the table below demonstrates how each limitation of claim 2 of the '305 Patent is rendered obvious by Tanaka (Ex. 1008). For all these reasons, it is my opinion that claim 2 of the '205 Patent is unpatentable in view of Tanaka.

| Claim 2 of the '305 Patent | *Tanaka* |
|---|---|
| **2.** The integrated circuit of claim 1 wherein said non-volatile storage cells are reprogrammable. | Tanaka discloses, e.g.:<br><br>"By this construction, a reference voltage can be changed only by rewriting the information stored in the |

136

WISTRON CORP. EXHIBIT 1002
Page 139 of 171

| Claim 2 of the '305 Patent | *Tanaka* |
|---|---|
| | correction information storing section, thereby being capable of adjusting the reference voltage by a user in accordance with the characteristics of a liquid crystal material or liquid crystal display device."  Ex. 1010 at [0033].<br><br>"The storing address in FIG. 8 is an address of the non-volatile memory 53 and means output data.  The gray scale display data 220 is the corrected data outputted to the gamma correction adjustment circuit 54. The adjustment data is a set value with respect to some gray scale display data. It is rewritten by a user program incorporated in the external control device."  Ex. 1010 at [0139].<br><br>"This storing process can easily be performed by operating the external control device by the user. Specifically, a simple operation by the user can easily change the quantity of the adjustment for the gamma correction. If the gamma correction characteristic can easily be changed by the user in this way, an evaluating operation for optimizing the display state can be made efficient." Ex. 1010 at [0143].<br><br>"The adjustment data D2 stored in the display memory 110 is set to be rewritten by a program or the like via the MPU 105 according to need. If the data can be rewritten, the gamma correction can be adjusted corresponding to user's viewing place and angle, thus more preferable." Ex. 1010 at [0194].<br><br>"Whatever the type is, each of the display memories 110 and 137 is desirably constructed by a non-volatile memory that maintains adjustment data once stored even if the power source is turned off, the examples of which include flash memory, OTP, EEPROM, FeRAM |

WISTRON CORP. EXHIBIT 1002
Page 140 of 171

| Claim 2 of the '305 Patent | *Tanaka* |
|---|---|
|  | (ferroelectric memory) or the like. In case where the display data is given as fixed data, a memory having ROM structure can be used for the display memory. The correction data D2 and D3 stored in the display memory can be rewritten as required. The display memories 110 and 137 may be incorporated into the source driver **101** or may be disposed outside the source driver **101**" Ex. 1010 at [0238]–[0240]. <br><br> Ex. 1010 at Claims 8, 9. |

### 3.    Claim 4 is obvious in view of Tanaka

136.   Claim 4 of the '305 Patent depends from claim 1 and is obvious in view of the teachings of Tanaka.

137.   Tanaka discloses that the "gray scale display reference voltage generating circuit **52** of the present embodiment includes two voltage input terminals of a lowest voltage input terminal **V0** and a highest voltage input terminal **V64**." (*See* Ex. 1010 at [0109]).  As previously discussed, the gray scale display reference generating circuit 52 includes non-volatile memory 53, which contains the analog voltage values; Tanaka teaches that the "gray scale display reference voltage generating circuit **52** produces 64 reference voltages with respect to liquid crystal driving voltage output terminal for red, green and blue as described later for producing intermediate voltages for the gray scale display. The

138

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

VR inputted to this circuit **52** is a voltage supplied from an external liquid crystal driving power source." (*See* Ex. 1010 at [0102]). In this example, then, there are 64 steps that are set by **V64**; in other words, **V64**/64 is the constant fraction.

138. In light of the above, the table below demonstrates how each limitation of claim 4 of the '305 Patent is rendered obvious by Tanaka (Ex. 1010). For all these reasons, it is my opinion that claim 4 of the '305 Patent is unpatentable in view of Tanaka.

| Claim 4 of the '305 Patent | Tanaka |
| --- | --- |
| **4.** The integrated circuit of claim 1 wherein said non-volatile storage cells hold analog voltage values which are a constant fraction of said gamma reference voltage signals. | Tanaka discloses, *e.g.*:<br><br>"Thus, varying the voltage applied as an analog voltage to the liquid crystal material analogically changes the light transmittance of the liquid crystals, thereby providing multilevel gray scale display. It is to be noted that the number of levels of gray scale that can be displayed depends on the number of analog voltages to be selectively applied to the liquid crystal material." Ex. 1010 at [0016].<br><br>"A gray scale display reference voltage generating circuit 39 generates a reference voltage at each level on the basis of a voltage VR supplied from an external reference voltage generating circuit (corresponding to the liquid crystal driving power source 6 of FIG. 11). The data in the hold memory 34 is transmitted to a D/A converter circuit (Digital-to-Analog converter circuit) 36 via a level shifter circuit 35 and converted into an analog voltage on the basis of the reference voltage at each level from the gray scale display reference voltage generating circuit 39. Then, the analog voltage is outputted as the |

139

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| Claim 4 of the '305 Patent | *Tanaka* |
|---|---|
| | aforementioned gray scale display voltage from a liquid crystal driving voltage output terminal 38 to the source signal line 14 of each liquid crystal display element A by an output circuit 37. That is, the number of levels of the reference voltages becomes the number of levels of gray scale that can be displayed." Ex. 1010 at [0018]. <br><br> "The gray scale display reference voltage generating circuit **52** produces 64 reference voltages with respect to liquid crystal driving voltage output terminal for red, green and blue as described later for producing intermediate voltages for the gray scale display. The VR inputted to this circuit **52** is a voltage supplied from an external liquid crystal driving power source, while UP is digital data given by a user program such as an external control device." Ex. 1010 at [0102]. <br><br> "The respective 6-bit RGB data signals (digital) inputted from the hold memory circuit 34 and converted at the level shifter circuit 35 are converted into analog signals at the DA converter circuit 36 based upon the 64 intermediate voltages, and then, outputted to the output circuit 37."  Ex. 1010 at [0104]. <br><br> "The gray scale display reference voltage generating circuit **52** of the present embodiment includes two voltage input terminals of a lowest voltage input terminal V**0** and a highest voltage input terminal V**64**," Ex. 1010 at [0109]. <br><br> "In the resistor dividing circuit 52 a at the positive polarity side, analog voltages (+V0 to +V63) for the positive polarity gray scale display are adjusted at each gamma correction adjustment circuit 54 based upon the adjustment data D2 read out from the display memory 110 by the control signal C given from the MPU 105." |

140

WISTRON CORP. EXHIBIT 1002
Page 143 of 171

| Claim 4 of the '305 Patent | *Tanaka* |
| --- | --- |
| | Ex. 1010 at [0254]. |

### 4.      Claim 5 is obvious in view of Tanaka

139.   Claim 5 of the '305 Patent depends from claim 1 and is obvious in view of the teachings of Tanaka.

140.   Tanaka teaches an integrated circuit, as previously discussed in claim 1, that has "[a] flash memory, OTP, EEPROM, or FeRAM (ferroelectric memory)" to store gamma data.  (Ex. 1010 at [144]).  As a POSITA in 2003 would have known, the voltages required to program an EEPROM are a high voltage supplied to the IC; any programming voltage can be provided externally or generated internally by the IC.[19]  For example, the Atmel AT28C16 is a typical EEPROM that was available in 1998.[20]  It requires an external source of 5V (a "high voltage") for operation and for programming.   Tanaka teaches a EEPROM for the storage cells and typical EEPROM ICs in 2003, e.g., the Atmel AT28C16, required a high voltage input of 5V; therefore Tanaka teaches "circuits for programming [that] require an external source for the high voltage programming means," namely the 5V supply.

---

[19] Ex. 1015 (B. Dipert and M. Levy, "Designing with Flash Memory," p.79 (1994)).

[20] Ex. 1016 (Atmel AT28C16 spec sheet (1998)).

WISTRON CORP. EXHIBIT 1002
Page 144 of 171

141. In light of the above, the table below demonstrates how each limitation of claim 5 of the '305 Patent is rendered obvious by Tanaka (Ex. 1010). For all these reasons, it is my opinion that claim 5 of the '305 Patent is unpatentable in view of Tanaka.

| Claim 5 of the '305 Patent | *Tanaka* |
|---|---|
| **5.** The integrated circuit of claim 1 wherein said circuits for programming require an external source for the high voltage programming means. | Tanaka discloses, *e.g.*:<br><br>"The control section may use a controller LSI such as an MPU (micro-processing unit) for rewriting the quantity of adjustment stored in the correction information storing section." Ex. 1010 at [0083].<br><br>"The gray scale display reference voltage generating circuit 52 produces 64 reference voltages with respect to liquid crystal driving voltage output terminal for red, green and blue as described later for producing intermediate voltages for the gray scale display. The VR inputted to this circuit 52 is a voltage supplied from an external liquid crystal driving power source, while UP is digital data given by a user program such as an external control device. The gray scale display reference voltage generating circuit 52 of the present invention is provided with a non-volatile memory 53 to which adjustment data for a gamma correction is stored." Ex. 1010 at [0102]-[0103].<br><br>"A flash memory, OTP, EEPROM, or FeRAM (ferroelectric memory) can be used for this non-volatile memory **53** in order to maintain the data once stored even if the power source is turned off." Ex. 1010 at [0144]. |

142

WISTRON CORP. EXHIBIT 1002
Page 145 of 171

### E.    Ground 5:  Obvious over Da Costa in view of Tsai

142.  I am of the opinion that claims 1, 2, 4 and 5 of the '305 Patent are obvious over Da Costa in view of the teachings of Tsai and the general knowledge individuals of ordinary skill the art would have possessed in June 2003.

143.  I provide an overview of Da Costa at paragraphs 72–73 above.

144.  Tsai is entitled "System and Method for Controlling an Active Matrix Display."  (*See* Ex. 1011 at Title).  Tsai issued as a patent on October 26, 2000 from a US application filed on July 7, 1998.  (*See* Ex. 1011 at Cover).

145.  Da Costa teaches a display control system that inputs control data to the row and column drivers of an LCD screen.  (*See* Ex. 1008 at 5:13–28).  Prior to sending along these control signals, Da Costa states that the controller programs the signals using an integrated (i.e., embedded) flash memory, allowing the system to dynamically modify the characteristics of a display, including its gamma curve.  (*See* Ex. 1008 at 5:29–38, 2:60–3:2).  Gamma curves are preprogrammed into the memory.  (*See* Ex. 1008 at 11:29–32).  A register input programs the memory and the registers via a serial bus.  (*See* Ex. 1008 at 6:55–60).  Beyond explaining that programming occurs, however, Da Costa is silent as to how flash memory is programmed or the components employed in the programming process, as this would be well known to a POSITA in 2003.  To the extent a POSITA needed more information to implement the control system of Da

143

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

Costa on an LCD display, he/she would be motivated to search other references in order to learn how to program the integrated flash memory.

146.   Tsai teaches "[a] microcomputer with embedded flash memory is provided, which has an on-chip programming capability that allows new data to be reprogrammed by the microcomputer itself into the embedded flash memory, without having to use external reprogramming tools. Moreover, a method is provided for programming data into the embedded flash memory of the microcomputer. The microcomputer includes a microprocessor unit, an embedded flash memory unit, a register set, and a bus multiplexer." (*See* Ex. 1011 at Abstract).   Tsai teaches that "[a]s shown, the microcomputer of this embodiment includes a microprocessor unit **310** (the microprocessor unit **210** shown in FIG. 2), a data bus **320**, an embedded flash memory unit 330 (the embedded flash memory unit **230** shown in FIG. 2), a register set **340**, and a bus multiplexer **350**." (*See* Ex. 1011 at 7:4–9, Fig. 3).

144

WISTRON CORP. EXHIBIT 1002
Page 147 of 171



FIG. 3

(Ex. 1011 at Fig. 3).

147.  Tsai discloses detailed methods to program or reprogram the flash memory **330**: "When a data reprogramming process is requested, the microcomputer of the invention performs the main program of FIG. 5 to program the new data into the user block 332 of the embedded flash memory unit 330." (*See* Ex. 1011 at 9:10–13, Fig. 5).  Tsai provides a detailed disclosure for how the flash memory is programmed, including the use of the bus multiplexer to connect the I/O circuit to the register set (which includes a plurality of registers) to write data into the memory.  (*See* Ex. 1011 at 7:49–67). Thus, Tsai teaches in detail how to address and program or reprogram an embedded flash memory in an integrated circuit.

145

WISTRON CORP. EXHIBIT 1002
Page 148 of 171



FIG. 5

(Ex. 1011 at Fig. 5).

148. Both Da Costa and Tsai teach integrated circuit applications involving embedded flash memory.  (*See* Ex. 1008, generally; Ex. 1011, generally).  Da Costa is directed to a system and method for controlling active matrix displays and was assigned to Silicon Image, Inc., a well-known provider of semiconductors.  (*See* Ex. 1008 at Cover).  As such, Da Costa would have been well known or easily located by a POSITA prior to June 2003.  Tsai discloses a

146

WISTRON CORP. EXHIBIT 1002
Page 149 of 171

reprogrammable embedded flash memory.  (*See* Ex. 1011, generally).  A POSITA would have located Tsai when reviewing references related to embedded flash memory because Tsai is assigned to Winbond Electronics Corp., the largest brand-name integrated circuit supplier in Taiwan and one of the biggest semiconductor suppliers in the world.  (*See* x. 1011 at Cover).  Thus, a POSITA would have known about these prior art references or would have easily located them.

149.  A POSITA reading Tsai would have understood that the memory programming method described therein could be used to program the integrated flash memory as disclosed by Da Costa.  Thus, a POSITA would have been motivated to look to Tsai when considering the implementation of the display control system and would have understood that the programming process it describes would provide the memory programming details that Da Costa lacked.  Such a combination would have been routine, and in the resulting system, a multiplexer would have been used to address and program storage cells within the integrated memory of Da Costa via a plurality of inputs.

150.  A POSITA would have been motivated to consider the teachings of Da Costa and Tsai together to implement a working display control system that includes integrated reprogrammable flash memory, in which the programming process for the memory involves the use of the multiplexer of Tsai for addressing and programming the storage cells within the memory, and the POSITA would

147

have done so with an expectation of success.

### 1.      Claim 1 is obvious over Da Costa in view of Tsai

151.   In the following section I will only consider claim elements or claims that relate to programming of the flash memory of Da Costa and Tsai.  These are reproduced below:

1[b] circuits for programming coupled to a multiplexer for addressing and programming said storage cells, wherein the addressing is based on a plurality of inputs;
1[d] the plurality of inputs connected to said multiplexer for addressing said storage cells,

152.   Claim element 1[b] requires "circuits for programming coupled to a multiplexer for addressing and programming said storage cells."  To the extent that Da Costa does not fully disclose such circuits, Tsai teaches "the microcomputer of this embodiment includes a microprocessor unit **310** (the microprocessor unit **210** shown in FIG. 2), a data bus **320**, an embedded flash memory unit **330** (the embedded flash memory unit **230** shown in FIG. 2), a register set **340**, and a bus multiplexer **350**." (*See* Ex. 1011 at 7:4–9, Fig. 3).

148

WISTRON CORP. EXHIBIT 1002
Page 151 of 171



FIG. 3

(Ex. 1011 at Fig. 3).

153.   As disclosed by Tsai, when a programming request is made, the "loader program allows the microprocessor unit **310** to receive the new data DAT that are to be programmed into the user block **332** of the embedded flash memory unit **330** via the I/O port **360**. The new data and associated address values and control instructions are first transferred to the register set **340**, and stored respectively in the data register **341**, the address register **342**, and the control register **343** of the register set **340**." (*See* Ex. 1011 at 7:41–48).  "Moreover, the logic states of MSEL and BSEL are switched in such a manner as to respectively switch the active block of the embedded flash memory unit **330** to the user block **332** and cause the bus multiplexer **350** to connect the I/O circuit **333** of the embedded flash memory unit **330** to the register set **340**. This allows the data currently stored in the register set **340** (i.e., the new data that are to programmed

149

into the user block **332** of the embedded flash memory unit **330**) to be transferred via the bus multiplexer **350** to the user block **332**, whereby the new data are written into the user block **332**." (*See* Ex. 1011 at 7:57–67). Thus, the various circuit components described by Tsai (e.g., bus **320**, register set **340**, bus multiplexer **350,** microprocessor unit **310**, I/O circuit **333**) constitute "circuits for programming coupled to a multiplexer for addressing and programming said storage cells" and element 1[b] is satisfied by the combination of Da Costa and Tsai.

154. Claim element 1[d] is related to claim element 1[b] and requires "the plurality of inputs connected to said multiplexer for addressing said storage cells." As previously discussed with respect to element 1[b], Tsai fully discloses multiple inputs connected to said storage cells, i.e., flash memory block **330**. For example, the bus multiplexer shown in Figure 3 above as multiple arrows pointing to it; these indicate inputs and outputs to the bus multiplexer. "The microprocessor unit 310 further includes an I/O port 360, a timer 370, an output port MSEL for outputting a memory selection signal MSEL, and an output port BSEL for outputting a bus selection signal BSEL." (*See* Ex. 1011 at 7:9–13). The lines MSEL and BSEL along with data buses highlighted in red in Figure 3 below constitute a plurality of inputs connected to the multiplexer for addressing the storage cells in memory 330 and element 1[d] is satisfied by the combination of

150

Da Costa and Tsai.



FIG. 3

(Ex. 1011 at Fig. 3 (annotated)).

155. In light of the above, the table below demonstrates how each limitation of claim 1 of the '305 Patent is rendered obvious over Da Costa (Ex. 1008) in view of Tsai (Ex. 1011). For all these reasons, it is my opinion that claim 1 of the '305 Patent in unpatentable in view of the combination of Da Costa and Tsai.

| Claim 1 of the '305 Patent | *Da Costa in view of Tsai* |
|---|---|
| **1pre**. An integrated circuit for producing voltage signals on a plurality of outputs comprising: | *See* Ground 2. |
| **1a**. a plurality of non-volatile storage cells | *See* Ground 2. |
| **1b.** circuits for programming coupled to | For an overview of what Da Costa discloses, *see* Ground 2. |

151

| **Claim 1 of the '305 Patent** | ***Da Costa in view of Tsai*** |
|---|---|
| a multiplexer for addressing and programming said storage cells, wherein the addressing is based on a plurality of inputs; | Tsai discloses, *e.g.*:<br><br>"The microcomputer of this embodiment includes a microprocessor unit **310** (the microprocessor unit **210** shown in FIG. 2), a data bus **320**, an embedded flash memory unit **330** (the embedded flash memory unit **230** shown in FIG. 2), a register set **340**, and a bus multiplexer **350**." Ex. 1011 at 7:4-9.<br><br><br><br>FIG. 3<br><br>Ex. 1011 at Fig. 3.<br><br>"The loader program allows the microprocessor unit **310** to receive the new data DAT that are to be programmed into the user block **332** of the embedded flash memory unit **330** via the I/O port **360**. The new data and associated address values and control instructions are first transferred to the register set **340**, and stored respectively in the data register **341**, the address register **342**, and the control register **343** of the register set **340**." Ex. 1011 at 7:41-48.)<br><br>"Moreover, the logic states of MSEL and BSEL are switched in such a manner as to respectively switch the |

152

WISTRON CORP. EXHIBIT 1002
Page 155 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| **Claim 1 of the '305 Patent** | ***Da Costa in view of Tsai*** |
|---|---|
| | active block of the embedded flash memory unit **330** to the user block **332** and cause the bus multiplexer **350** to connect the I/O circuit **333** of the embedded flash memory unit **330** to the register set **340**. This allows the data currently stored in the register set **340** (i.e., the new data that are to programmed into the user block **332** of the embedded flash memory unit **330**) to be transferred via the bus multiplexer **350** to the user block **332**, whereby the new data are written into the user block **332**." Ex. 1011 at 7:57-67. |
| **1c.** drivers connected to said storage cells and to the plurality of outputs; and | *See* Ground 2. |
| **1d.** the plurality of inputs connected to said multiplexer for addressing said storage cells, | For an overview of what Da Costa discloses, *see* Ground 2.<br><br>Tsai discloses, *e.g.*:<br><br>"The microprocessor unit 310 further includes an I/O port 360, a timer 370, an output port MSEL for outputting a memory selection signal MSEL, and an output port BSEL for outputting a bus selection signal BSEL." (See Ex. 1011 at 7:9-13.) |

153

WISTRON CORP. EXHIBIT 1002
Page 156 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

| **Claim 1 of the '305 Patent** | ***Da Costa in view of Tsai*** |
|---|---|
| | FIG. 3<br><br>(Ex. 1011 at Figure 3) |
| **1e.** wherein said voltage signals are gamma reference voltage signals for determining actual driving voltages of columns of a display, | *See* Ground 2. |
| **1f.** wherein said non-volatile storage cells are organized into two or more banks of cells wherein each bank contains a predetermined gamma reference voltage signal display condition; | *See* Ground 2. |
| **1g.** and means to switch between the banks based on one or more external signals is provided on said integrated circuit. | *See* Ground 2. |

154

WISTRON CORP. EXHIBIT 1002
Page 157 of 171

**2.      Claim 2 is obvious over Da Costa in view of Tsai**

156.   Claim 2 of the '305 Patent is dependent from Claim 1 and further requires "that the non-volatile storage cells are reprogrammable."

157.   To the extent that Da Costa, as described above in paragraphs 85–87, does not disclose details on how the flash memory is reprogrammed, Tsai teaches "the microcomputer of this embodiment includes a microprocessor unit **310** (the microprocessor unit **210** shown in FIG. 2), a data bus **320**, an embedded flash memory unit **330** (the embedded flash memory unit **230** shown in FIG. 2), a register set **340**, and a bus multiplexer **350**." (*See* Ex. 1011 at 7:4–9).



FIG. 3

(Ex. 1011 at Figure 3)

158.   As previously described with respect to element 1[b], Tsai discloses a reprogrammable flash memory that is embedded in an integrated circuit. Tsai teaches that "[w]hen a data reprogramming process is requested, the

155

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

microcomputer of the invention performs the main program of FIG. 5 to program the new data into the user block **332** of the embedded flash memory unit **330**." (*See* Ex. 1011 at 9:9-13).  Thus, Tsai fully discloses an integrated circuit with reprogrammable flash memory and thus Claim 2 is satisfied over Da Costa in view of Tsai.

159.  In light of the above, the table below demonstrates how each limitation of claim 2 of the '305 Patent is rendered obvious over Da Costa in view of Tsai.  For all these reasons, it is my opinion that claim 2 of the '305 patent is unpatentable in view of the combination of Da Costa and Tsai.

| Claim 2 of the '305 Patent | *Da Costa in view of Tsai* |
|---|---|
| **2.** The integrated circuit of claim 1 wherein said non-volatile storage cells are reprogrammable. | For an overview of what Da Costa discloses, *see* Ground 2.<br><br>Tsai discloses, *e.g.*:<br><br>"The microcomputer of this embodiment includes a microprocessor unit 310 (the microprocessor unit 210 shown in FIG. 2), a data bus 320, an embedded flash memory unit 330 (the embedded flash memory unit 230 shown in FIG. 2), a register set 340, and a bus multiplexer 350." (See Ex. 1011 at 7:4-9 and Figure 3 below.) |

156



FIG. 3

(Ex. 1011 at Figure 3)

### 3.      Claim 4 is obvious over Da Costa in view of Tsai

160.   For the reasons stated in Ground 2, Claim 4 is unpatentable over Da Costa in view of Tsai.

### 4.      Claim 5 is obvious over Da Costa in view of Tsai

161.   For the reasons stated in Ground 2, Claim 5 is unpatentable over Da Costa in view of Tsai.

### F.      Ground 6: Obvious over Tanaka in view of Tsai

162.   I am of the opinion that claims 1, 2, 4 and 5 of the '305 Patent are obvious over Tanaka in view of the teachings of Tsai and the general knowledge individuals of ordinary skill the art would have possessed in June 2003.

163.   Tanaka teaches a reference voltage generating circuit that includes non-volatile memory for storing adjustment information and a gamma correction

157

adjustment circuit that adjusts inputted voltage upward or downward in accordance with the information stored in the memory.  (*See* Ex. 1010 at [0109], [0113]).   Tanaka discloses that the stored information consists of a "storing address," among other information, which "is an address of the non-volatile memory 53 and means output data." (*See* Ex. 1010 at [0139]).  The existence of a storing address is indicative of the memory programming the system must necessarily perform.   But, *Tanaka* is silent as to how flash memory is programmed, or the components employed in the programming process.

164.   Tsai teaches "[a] microcomputer with embedded flash memory is provided, which has an on-chip programming capability that allows new data to be reprogrammed by the microcomputer itself into the embedded flash memory, without having to use external reprogramming tools. Moreover, a method is provided for programming data into the embedded flash memory of the microcomputer. The microcomputer includes a microprocessor unit, an embedded flash memory unit, a register set, and a bus multiplexer." (*See* Ex. 1011 at Abstract).   Tsai teaches "[a]s shown, the microcomputer of this embodiment includes a microprocessor unit **310** (the microprocessor unit **210** shown in FIG. 2), a data bus **320**, an embedded flash memory unit 330 (the embedded flash memory unit **230** shown in FIG. 2), a register set **340**, and a bus multiplexer **350**." (*See* Ex. 1011 at 7:4–9).

158

WISTRON CORP. EXHIBIT 1002
Page 161 of 171



FIG. 3

(Ex. 1011 at Fig. 3).

165.  Tsai discloses detailed methods to program or reprogram the flash memory **330**.  "When a data reprogramming process is requested, the microcomputer of the invention performs the main program of FIG. 5 to program the new data into the user block 332 of the embedded flash memory unit 330." (*See* Ex. 1011 at 9:10–13).  Tsai provides a detailed disclosure for how the flash memory is programmed, including the use of the bus multiplexer to connect the I/O circuit to the register set (which includes a plurality of registers) to write data into the memory.  (*See* Ex. 1011 at 7:49–67).  Thus, Tsai teaches in detail how to address and program or reprogram an embedded flash memory in an integrated circuit.

159

WISTRON CORP. EXHIBIT 1002
Page 162 of 171



FIG. 5

(Ex. 1011 at Fig. 5).

166.   Both Tanaka and Tsai teach integrated circuit applications involving embedded flash memory.  (*See* Ex. 1010, generally; Ex. 1011, generally).  Tanaka is directed to a gray scale display reference voltage generating circuit and was assigned to Sharp Corporation, one of the largest display electronics companies in the world.  (*See* Ex. 1010 at Cover).  As such, Tanaka would have been well known or easily located by a POSITA prior to December 2003.  Tsai discloses a

160

WISTRON CORP. EXHIBIT 1002
Page 163 of 171

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

reprogrammable embedded flash memory. (Ex. 1011, generally). A POSITA would have located Tsai when reviewing references related to embedded flash memory because Tsai is assigned to Winbond Electronics Corp., the largest brand-name integrated circuit supplier in Taiwan and one of the biggest semiconductor suppliers in the world. (*See* Ex. 1011 at Cover). Thus, a POSITA would have known about these prior art references or would have easily located them.

167. A POSITA reading Tsai would have understood that the memory programming method described therein could be used to program the integrated flash memory as disclosed by Tanaka. Thus, a POSITA would have been motivated to look to Tsai when considering the implementation of the display control system and would have understood that the programming process it describes would provide the memory programming details that Tanaka lacked. Such a combination would have been routine, and in the resulting system, a multiplexer would have been used to address and program storage cells within the integrated memory of Tanaka via a plurality of inputs.

168. A POSITA would have been motivated to consider the teachings of Tanaka and Tsai together to implement a working display control system that includes integrated reprogrammable flash memory, in which the programming process for the memory involves the use of the multiplexer of Tsai for addressing and programming the storage cells within the memory, and the POSITA would

161

WISTRON CORP. EXHIBIT 1002
Page 164 of 171

have done so with an expectation of success.

### 5.      Claim 1 is obvious over Tanaka in view of Tsai

169.   It is my opinion that Claim 1 of the '305 Patent is obvious over Tanaka in view of Tsai for the reasons discussed above in Sections VI.D and VI.E.

### 6.      Claim 2 is obvious over Tanaka in view of Tsai

170.   It is my opinion that Claim 2 of the '305 Patent is obvious over Tanaka in view of Tsai for the reasons discussed above in Sections VI.D and VI.E.

### 7.      Claim 4 is obvious over Tanaka in view of Tsai

171.   For the reasons stated in Ground 4, Claim 4 is unpatentable over Tanaka in view of Tsai.

### 8.      Claim 5 is obvious over Tanaka in view of Tsai

172.   For the reasons stated in Ground 4, Claim 5 is unpatentable over Tanaka in view of Tsai.

### G.      Ground 7: Obvious over Petropoulos in view of Kang

173.   I am of the opinion that claims 1, 2, 4, and 5 of the '305 Patent are obvious over Petropoulos in view of the teachings of Kang and the general knowledge individuals of ordinary skill the art would have possessed in June 2003.

162

WISTRON CORP. EXHIBIT 1002
Page 165 of 171

174. As previously discussed in Ground 3 (*see* Section VII.C), Petropoulos discloses a correction circuit that can be used to improve the performance of sensors and displays. It uses programmable non-volatile analog memory to store correction data e.g. gain or gamma. Petropoulos teaches "modification or correction values are stored in a *programmable analog/multi-level non-volatile memory array*. These values are used to adjust associated outputs from elements of a sensor array for further processing to achieve a desired output. The modification values can be used for a variety of purposes, such as low or high offset voltage correction (by adding or subtracting, respectively, the corresponding modification value), low gain correction (by multiplying the corresponding modification value), or *gamma correction (by multiplying the corresponding gamma correction factor) for visual displays*." (*See* Ex. 1009 at [0012], emphasis added). Further, "[d]ifferent types of modification include, but are not limited to, adding or subtracting an offset voltage, multiplying a gain voltage, and *multiplying a gamma correction voltage*." (*See* Ex. 1009 at [0027], emphasis added).

175. Petropoulos discloses a modification circuit dedicated to gamma correction that includes an op amp which multiplies the input voltage by a gamma correction factor in order to perform gamma correction. (*See* Ex .1009 at [0050]). But, generally speaking, Petropoulos does not provide a detailed overview of

163

Declaration of Thomas L. Credelle
*Inter Partes* Review of U.S. Patent No. 7,233,305

gamma correction or the process of correcting an image.  Accordingly, a POSITA looking to implement dynamic gamma correction of an LCD display using the system of Petropoulos would be motivated to look to other references for a more detailed disclosure of the process and programming correction values to the memory array.  Kang (Ex. 1007) is one such reference.

176.   Kang discloses that "an object of the present invention to provide *a gamma voltage and video data correcting apparatus* and method in a liquid crystal display that is capable of improving a display quality of the LCD." (*See* Ex. 1007 at [0021]).   The invention includes "a gamma voltage correcting apparatus … [that] includes memory means for storing a gamma data for controlling a gamma voltage for each of *at least two modes*; control means for accessing the gamma data for each mode *in response to an instruction from a user*; and *multi-channel gamma voltage generator* for responding to gamma data in *a mode selected by the control means* to generate n gamma voltages."  (*See* Ex. 1007 at [0022]).  "The gamma voltage correcting apparatus further includes *a column driver* for correcting the video data using the gamma voltage from the multi-channel gamma voltage generator and supplying it to the data lines."  (*See* Ex. 1007 at [0022], *emphasis* added).

177.   A user interface allows a user to select a particular mode of gamma correction.  (*See* Ex. 1007 at [0049]).  A controller controls the memory and

164

WISTRON CORP. EXHIBIT 1002
Page 167 of 171

supplies gamma correction information to a DAC.  (*See* Ex. 1007 at [0054].)  The DAC, in turns, outputs specific mode gamma reference voltages and sends them to the display.  (*See* Ex. 1007 at [0060]).

178.   Petropoulos is directed to a system for correcting corrupted elements, including gamma, in sensors and is assigned to SanDisk, one of the largest manufacturers of flash memory in the world.  (*See* Ex. 1009 at Cover, [0027]).  As such, Petropoulos would have been well known or easily located by a POSITA prior to June 2003.  Kang discloses a gamma voltage correcting apparatus that includes a memory and a multi-channel gamma voltage generator.  (*See* Ex. 1007 at [0022]).  A POSITA would have located Kang when reviewing references related to gamma correction circuits because Kang is assigned to LG, a large multinational electronics company.  (*See* Ex. 1007 at Cover).  Thus, a POSITA would have known about these prior art references or would have easily located them.

179.   A POSITA reading Kang would have understood that the gamma correction process it describes could be used in the context of the analog memory correction system of Petropoulos.  Thus, a POSITA would have been motivated to look to Kang when considering the implementation of a display control system and would have understood that the gamma correction process that Kang describes would provide the details that Petropoulos lacked to perform the same

165

function.   Such a combination would have been routine, and in the resulting system, an analog memory array would have stored gamma correction information that would be used to modify and correct input voltages that are supplied to the column driver of a display.

180.   Kang further teaches that the data corrected by the gamma voltage must be converted into analog data prior to being supplied to the data lines of the LCD display.   (*See* Ex. 1007 at [0050]).   A POSITA would be motivated by Petropoulos's disclosure that high-fidelity output is important and desired to combine Kang with Petropoulos, which discloses the use of analog memory to store gamma correction information.   Such a combination would have obviated the need for a digital-to-analog converter to convert the gamma-corrected voltages into analog data prior to supplying the data to the LCD display, thereby reducing the number of components that must be integrated onto the display's control chip. Reducing the number of electrical components on an integrated circuit helps to reduce costs, power consumption, size, and electrical noise.

181.   A POSITA would have been motivated to consider the teachings of Petropoulos and Kang together to implement a working Petropoulos system that performs gamma correction in the manner described by Kang, modifying input voltages and supplying them to the column driver of an LCD display, and the POSITA would have done so with an expectation of success.

166

WISTRON CORP. EXHIBIT 1002
Page 169 of 171

### 1.   Claim 1 is obvious over Petropoulos in view of Kang

182.   It is my opinion that Claim 1 of the '305 Patent is obvious over Petropoulos in view of Kang for the reasons discussed above in Sections VI.A.1 and VI.C.1.

### 2.   Claim 2 is obvious over Petropoulos in view of Kang

183.   For the reasons stated in Grounds 1 and 3, Claim 2 is unpatentable over Petropoulos in view of Kang.

### 3.   Claim 4 is obvious over Petropoulos in view of Kang

184.   For the reasons stated in Grounds 1 and 3, Claim 4 is unpatentable over Petropoulos in view of Kang.

### 4.   Claim 5 is obvious over Petropoulos in view of Kang

185.   For the reasons stated in Grounds 1 and 3, Claim 5 is unpatentable over Petropoulos in view of Kang.

167

WISTRON CORP. EXHIBIT 1002
Page 170 of 171

## II.   CONCLUSION

186.   I declare that all statements made herein of my knowledge are true, and that all statements made on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Date: June 18, 2018   _____

Thomas L. Credelle

WISTRON CORP. EXHIBIT 1002
Page 171 of 171